**Fill in this information to identify the case:**

Debtor name: Spicey Partners Real Estate Holdings, LLC, *et al.*

United States Bankruptcy Court for the: Southern District of Texas (State)

Case number (If known): 24-90572 (CML)

✓ Check if this is an amended filing

# Chapter 11 Cases: Consolidated List of Creditors Who Have the Thirty (30) Largest Unsecured Claims and Are Not Insiders

This list includes: (i) trade debt claimants, ordered by asserted claim amount; (ii) indemnity/contribution claimants, ordered alphabetically; and (iii) individual EtO claimants, ordered alphabetically. This list does not include any person or entity who is an "insider" under section 101(31) of title 11 of the United States Code. This list was prepared with information available to the Debtors. The Debtors reserve the right to amend this list based on additional information they may identify. The information contained in this list shall not constitute an admission by, nor shall it be binding on, the Debtors.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | ATS International Services  725 Opportunity Dr.,  St. Cloud, MN 56301 | | Trade | | | | $93,000.00 |
| 2 | Balchem Corporation  5 Paragon Drive  Montvale, NJ 07645 | (973)209-4388 | Trade | | | | $41,000.00 |
| 3 | Mesa Labs  12100 W. 6th Ave.  Lakewood, CO 80228 | (520) 534-1249  jeff.zahniser@mesalabs.com | Trade | | | | $25,864.00 |
| 4 | Vire Control System LLC  8166 Highway 103  Clarksville, AR 72830 | | Trade | | | | $25,323.00 |
| 5 | Connekted  404 Main Street  East Greenwich, RI 02818 | (401) 886-5111 | IT Services | | | | $12,000.00 |
| 6 | Isomedix Operations, Inc. | c/o JONES DAY  Philip M. Oliss  (216) 586-3939 | Indemnification claims related to EtO litigation | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 7 | Medline Industries, Inc. | c/o Johnson & Bell, Ltd.  H. Patrick Morris  morrisp@jbltd.com | Indemnification claims related to EtO litigation | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 8 | Vantage Specialty Chemicals, Inc. | c/o KIRKLAND & ELLIS LLP  Brenton Rogers  (312) 862-2000  brenton.rogers@kirkland.com | Indemnification claims related to EtO litigation | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 9 | CHS Property Development LLC | c/o GOLDBERG SEGALLA LLP  Anthony I. Perchiacca, Esq.  (973) 681-7000  gbuermann@goldbergsegalla.com | Indemnification claims related to EtO litigation | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 10 | iuvo Bioscience-Erie, LLC | c/o Manko, Gold, Katcher & Fox, LLP  Diana A Silva  484-430-2347  dsilva@mankogold.com | Indemnification claims related to EtO litigation | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |
| 11 | iuvo Bioscience Operations, LLC | c/o Manko, Gold, Katcher & Fox, LLP  Diana A Silva  484-430-2347  dsilva@mankogold.com | Indemnification claims related to EtO litigation | Disputed/ Contingent/ Unliquidated | N/A | N/A | Unliquidated |

| 12 | Erie Sterilization Real Estate, LLC | c/o Manko, Gold, Katcher & Fox, LLP<br>Diana A Silva<br>484-430-2347<br>dsilva@mankogold.com | Indemnification claims related to EtO litigation | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
|---|---|---|---|---|---|---|---|
| 13 | Moog, Inc. | c/o Hodgson Russ LLP<br>Attn: Ryan J. Lucinski<br>The Guaranty Building<br>140 Pearl Street, Suite 100<br>Buffalo, NY 14202<br>(716) 848-1343<br>rlucinsk@hodgsonruss.com | Indemnification claims related to EtO litigation | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 14 | Tartan Holdings, LLC | c/o Manko, Gold, Katcher & Fox, LLP<br>Diana A Silva<br>484-430-2347<br>dsilva@mankogold.com | Indemnification claims related to EtO litigation | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 15 | Bennet, P. | cc: Edelson PC<br>Attn: Jay Edelson<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>(312) 589-6370<br>jedelson@edelson.com | EtO cancer-related claims | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 16 | Bolden, H. | cc: Edelson PC<br>Attn: Jay Edelson<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>(312) 589-6370<br>jedelson@edelson.com | EtO cancer-related claims | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 17 | Durling, D. | cc: Edelson PC<br>Attn: Jay Edelson<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>(312) 589-6370<br>jedelson@edelson.com | EtO cancer-related claims | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 18 | Garcia, P. | cc: Edelson PC<br>Attn: Jay Edelson<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>(312) 589-6370<br>jedelson@edelson.com | EtO cancer-related claims | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 19 | Hacke, R. | cc: Edelson PC<br>Attn: Jay Edelson<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>(312) 589-6370<br>jedelson@edelson.com | EtO cancer-related claims | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 20 | Howe-O'Rusa, V. | cc: Edelson PC<br>Attn: Jay Edelson<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>(312) 589-6370<br>jedelson@edelson.com | EtO cancer-related claims | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 21 | Knobbe, P. | cc: Edelson PC<br>Attn: Jay Edelson<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>(312) 589-6370<br>jedelson@edelson.com | EtO cancer-related claims | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 22 | Lefaiver, K. | cc: Bosworth Law<br>Attn: Thomas E. Bosworth<br>123 So. Broad Street, Suite 1100<br>Philadelphia, PA 19109<br>(267) 928-4183<br>Facsimile: (215) 689-2899<br>tom@tombosworthlaw.com | EtO cancer-related claims | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | Miller, D. | cc: Edelson PC<br>Attn: Jay Edelson<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>(312) 589-6370<br>jedelson@edelson.com | EtO cancer-related claims | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 24 | Morton, L. | cc: Cohen Placitella & Roth, PC<br>Attn: Michael Coren<br>Attn: Drew M. Renzi<br>Two Commerce Square, Suite 2900<br>2001 Market Street<br>Philadelphia, PA 19103-7054<br>(215) 567-3500<br>mcoren@cprlaw.com<br>drenzi@cprlaw.com | EtO cancer-related claims | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 25 | Motley, B. | cc: Napoli Shkolnik PLLC<br>Attn: John Fonda<br>1213 Culbreth Dr., Suite 227<br>Wilmington, NC 28405-3639<br>(919) 374-1971<br>jfonda@napolilaw.com | EtO cancer-related claims | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 26 | Phelps, H. | cc: Edelson PC<br>Attn: Jay Edelson<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>(312) 589-6370<br>jedelson@edelson.com | EtO cancer-related claims | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 27 | Rouse, K. | cc: Edelson PC<br>Attn: Jay Edelson<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>(312) 589-6370<br>jedelson@edelson.com | EtO cancer-related claims | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 28 | Scheffler, D. | cc: Edelson PC<br>Attn: Jay Edelson<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>(312) 589-6370<br>jedelson@edelson.com | EtO cancer-related claims | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 29 | Scott, D. | cc: Edelson PC<br>Attn: Jay Edelson<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>(312) 589-6370<br>jedelson@edelson.com | EtO cancer-related claims | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |
| 30 | Stewart, D. | cc: Edelson PC<br>Attn: Jay Edelson<br>350 North LaSalle Street, 14th Floor<br>Chicago, IL 60654<br>(312) 589-6370<br>jedelson@edelson.com | EtO cancer-related claims | Disputed/<br>Contingent/<br>Unliquidated | N/A | N/A | Unliquidated |

| Fill in this information to identify the case and this filing: | |
|---|---|
| Debtor Name | Spicey Partners Real Estate Holdings, LLC, *et al.* |
| United States Bankruptcy Court for the: | Southern District of Texas (State) |
| Case number (*If known*): | 20-90572 (CML) |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☒ Other document that requires a declaration  Top 30 List

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  11/22/2024
MM / DD / YYYY

✘ /s/ David G. Howe
Signature of individual signing on behalf of debtor

David G. Howe
Printed name

Chief Operating Officer
Position or relationship to debtor

Official Form 202  **Declaration Under Penalty of Perjury for Non-Individual Debtors**