IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re:<br><br>SPICEY PARTNERS REAL ESTATE HOLDINGS, LLC, *et al.*,[1]<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 24-90572 (CML)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances (this "Notice of Appearance") as counsel to Zimmer, Inc. and its subsidiaries and affiliates ("Zimmer"). Pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Zimmer requests that all notices given or required to be given in the chapter 11 cases (collectively, the "Chapter 11 Cases") of the above-captioned debtors (collectively, the "Debtors"), and all papers served or required to be served in the Chapter 11 Cases, be given and served upon:

*Appearances listed on next page*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Spicey Partners Real Estate Holdings, LLC (6459) and Cosmed Group, Inc. (8781). The location of the Debtors' service addresses is 29 Narragansett Ave., Jamestown, RI 02835.

DMS_US.368061420.1

| | |
|---|---|
| Kristen L. Perry | Michael T. Gustafson |
| Faegre Drinker Biddle & Reath LLP | Faegre Drinker Biddle & Reath LLP |
| 2323 Ross Avenue, Suite 1700 | 320 South Canal Street, Suite 3300 |
| Dallas, TX 75201 | Chicago, IL 60606 |
| Telephone: (469) 357-2500 | Telephone: (312) 569-1000 |
| Facsimile: (469) 327-0860 | Facsimile: (312) 569-3000 |
| kristen.perry@faegredrinker.com | mike.gustafson@faegredrinker.com |

Drew Magee
Faegre Drinker Biddle & Reath LLP
300 N. Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
drew.magee@faegredrinker.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand is not only for the notices and papers referred to in the sections of the Bankruptcy Code and the Bankruptcy Rules specified above, but also includes, without limitation, any and all orders and notices of any application, motion, petition, complaint, demand, request, or other pleading in the Chapter 11 Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically, or otherwise filed with or delivered to the Bankruptcy Clerk, Court, or Judge (as those terms are defined in Bankruptcy Rule 9001), which affects the Debtors or their property or Zimmer.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any later appearances, pleadings, proofs of claims, claims, or suits filed in the Chapter 11 Cases shall be deemed or construed as consent by Zimmer to the exercise by the Bankruptcy Court of the judicial power of the United States, or a waiver of any rights of Zimmer to (i) have final orders in any noncore matters entered only after de novo review by a District Judge, (ii) trial by jury in the United States District Court in any proceeding so triable in the Chapter 11 Cases or any case, controversy, or proceeding related to the Chapter 11 Cases, (iii) have the District Court withdraw

the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, to which Zimmer is or may be entitled, either in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

| | |
|---|---|
| Dated:  December 9, 2024<br>Wilmington, Delaware | **FAEGRE DRINKER BIDDLE & REATH LLP**<br><br>*/s/ Kristen L. Perry*<br>Kristen L. Perry<br>State Bar No. 24090015<br>2323 Ross Ave., Suite 1700<br>Dallas, TX 75201<br>Tel:  (469) 357-2500<br>Fax:  (469) 327-0860<br>kristen.perry@faegredrinker.com<br><br>*Counsel to Zimmer, Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on December 9, 2024, a true and correct copy of the foregoing document was electronically filed and served via CM/ECF on all parties that have entered an appearance and requested service in the above referenced case.

          */s/ Kristen L. Perry*
          KRISTEN L. PERRY

DMS_US.368061420.1