UNITED STATES BANKRUPTCY COURT
SOUTHERN DICTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| SPICEY PARTNERS REAL ESTATE HOLDINGS, LLC, et al.,[1] | § § § | Case No. 24-90572 (CML) |
| Debtors. | § § § | (Jointly Administered) |

### NOTICE OF TRANSFER OF CLAIM PURSUANT TO BANKRUPTCY RULE 3001(E)(1)

**PLEASE TAKE NOTICE** that the secured claims of The Washington Trust Company (the "Transferor") against the above-captioned Debtors, coupled with all other rights and claims of Transferor associated with the claim, have been transferred and assigned (unconditionally and absolutely) to DR. MICHAEL L. HOWE (the "Transferee"). Pursuant to Bankruptcy Rule 3001(e)(1) the Transferee is the only entity entitled to file a proof of claim relating to this amount.

Respectfully submitted,

**HOWLEY LAW, PLLC**

By: */s/ Tom A. Howley*
**Tom A. Howley**
Texas Bar No. 24010115
**Eric Terry**
Texas Bar No. 00794729
700 Louisiana St., Suite 4545
Houston, Texas 77002
Telephone: 713-333-9125
Email: tom@howley-law.com
Email: eric@howley-law.com

*Attorneys for Michael Howe*

### CERTIFICATE OF SERVICE

I hereby certify that, on December 11, 2024, a true and correct copy of the foregoing instrument was caused to be served on all parties registered to receive notices on the CM/ECF system for the Southern District of Texas.

*/s/ Tom A. Howley*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Spicey Partners Real Estate Holdings, LLC (6459) and Cosmed Group, Inc. (8781). The location of the Debtors' service address is 28 Narragansett Ave., Jamestown, RI 02835.