**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § § | Chapter 11 |
| SPICEY PARTERS REAL ESTATE HOLDINGS, LLC, *et al.*[1] | § § § | Case No. 24-90572 (CML) |
| Debtor. | § § § | (Jointly Administered) |

**THE UNITED STATES TRUSTEE'S**
**NOTICE OF APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS**

TO THE HONORABLE CHRISTOPHER M. LOPEZ, UNITED STATES BANKRUPTCY JUDGE:

COMES NOW Kevin M. Epstein, the United States Trustee for Region 7 (Southern and Western Districts of Texas), pursuant to 11 U.S.C. § 1102(a)(1), hereby appoints the following eligible unsecured creditors to the Official Committee of Unsecured Creditors in this case:

| Members |
|---|
| **Kimberly Vasquez** c/o Todd Logan Edelson P.C. 150 California Street, 18th Floor San Francisco, CA  94111 (312) 589-6370 tlogan@edelson.com |
| **Paul Vaitkus** c/o Todd Logan Edelson P.C. 150 California Street, 18th Floor San Francisco, CA  94111 (312) 589-6370 tlogan@edelson.com |
| **James Mayberry** c/o Todd Logan Edelson P.C. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Spicey Partners Real Estate Holdings, LLC (6459) and Cosmed Group, Inc (8781). The location of the Debtors' service address is: 28 Narragansett Ave., Jamestown, RI 02835.

150 California Street, 18th Floor
San Francisco, CA  94111
(312) 589-6370
tlogan@edelson.com

**John Ventola**
c/o Christopher Placitella
Michael Coren
Cohen, Placitella & Roth
127 Maple Avenue
Red Bank, NJ  07701
(732) 747-9003
cplacitella@cprlaw.com
and
John R. Fonda
(919) 374-1071
jfonda@napolilaw.com

**LeAnne Morton**
c/o Hunter Shkolnik
Napoli Shkolnik PLLC
1302 Avenida Ponce de Leon
San Juan, PR  00907-3982
(833) 271-4502
hunter@nsprlaw.com
and
John R. Fonda
(919) 374-1071
jfonda@napolilaw.com

Dated: December 16, 2024.

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7

By: */s/ Jana Smith Whitworth*
    Jana Smith Whitworth
    Trial Attorney
    SBOT No. 00797453/Fed. ID 20656
    Office of the United States Trustee
    515 Rusk Avenue, Suite 3516
    Houston, TX 77002
    (713) 718-4673
    Jana.Whitworth@usdoj.gov

CERTIFICATE OF SERVICE

       I hereby certify that a true and correct copy of the foregoing was served by electronic means on all PACER participants who have requested notice on this 16th day of December 2024.

                              */s/Jana Smith Whitworth*
                              Jana Smith Whitworth