**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS (HOUSTON)**

-------------------------------------------------x
| | : | |
| In re | : | Chapter 11 |
| | : | |
| SPICEY PARTNERS REAL ESTATE | : | Case No. 24-90572 (CML) |
| HOLDINGS, LLC, ET AL. | : | |
| | : | |
| Debtor. | : | |
| | : | |
-------------------------------------------------x

## SCHEDULE OF ASSETS AND LIABILITIES FOR
## COSMED GROUP, INC. (CASE NO. 24-90573)

The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Spicey Partners Real Estate Holdings, LLC (6459) and Cosmed Group, Inc. (8781). The location of the Debtors' service address is 28 Narragansett Ave., Jamestown, RI 02835.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| SPICEY PARTNERS REAL | § | Case No. 24-90572 |
| ESTATE HOLDINGS, LLC, *et al.*,[1] | § | |
| | § | (Jointly Administered) |
| Debtors. | § | |
| | § | |
| | § | |

**GLOBAL NOTES, RESERVATIONS OF RIGHTS, STATEMENTS**
**OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING**
**THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES**
**AND STATEMENTS OF FINANCIAL AFFAIRS**

Debtors Cosmed Group, Inc. ("Cosmed Group") and Spicey Partners Real Estate Holdings, LLC ("Spicey," and together with Cosmed Group, the "Debtors") are filing their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements" and together with the Schedules, the "Schedules and Statements") in the United States Court for the Southern District of Texas (the "Court") pursuant to section 521 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**Global Notes and Overview of Methodology**

1.     **Description of Cases.**  On November 14, 2024 (the "Petition Date"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  On November 15, 2024, the Court entered the *Order Directing Joint Administration of Chapter 11 Cases* [Docket No. 11].  Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own set of Schedules and Statements.  On December 16, 2024, the United States Trustee for the Southern District of Texas appointed an official committee of unsecured creditors pursuant to section 1102 of the Bankruptcy Code.

2.     **Global Notes Control.**  These *Global Notes, Reservations of Rights, Statements of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, each Debtor's respective Schedules and Statements, and

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Spicey Partners Real Estate Holdings, LLC (6459) and Cosmed Group, Inc. (8781).  The location of the Debtors' service address is 28 Narragansett Ave., Jamestown, RI 02835.

should be referred to, considered and reviewed in connection with any review of the Schedules and Statements. In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

The fact that the Debtors have prepared a Global Note with respect to a particular Schedule or Statement, or a particular part or item therein, and not as to others, does not reflect and should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any or all of the remaining Schedules or Statements, or other parts or items therein, as appropriate. Disclosure of information in one Schedule, one Statement, or an exhibit or attachment thereto, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedule, Statement, exhibit, or attachment, as the case may be.

3.     **Basis of Presentation.**  The Schedules and Statements are unaudited and do not purport to be financial statements prepared in accordance with generally accepted accounting principles in the United States of America ("GAAP"), nor were they reconciled with the Debtors' financial statements.  These Schedules and Statements represent a good faith attempt to comply with the requirements of the Bankruptcy Code and Bankruptcy Rules using commercially reasonable efforts and resources available and are subject to further review and potential adjustment.

The Debtors used reasonable efforts to attribute the assets and liabilities, certain required financial information, and various cash disbursements to each particular Debtor entity.  Because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes rather than for reporting by legal entity, it is possible that not all assets and liabilities have been recorded with the correct legal entity on the Schedules and Statements.  Accordingly, the Debtors reserve all rights to supplement and amend the Schedules and Statements in this regard, including with respect to reallocation of assets or liabilities to any particular entity.

4.     **Signatory.**  David G. Howe has signed each set of Schedules and Statements. Mr. Howe serves as the Chief Operating Officer of each of the Debtors and is an authorized signatory for each of the Debtors in these cases. In reviewing and signing the Schedules and Statements, Mr. Howe has necessarily relied upon the efforts, statements, advice, and representations of the Debtors' personnel. Mr. Howe has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors and their addresses.

5.     **Reporting Date.**  Unless otherwise noted herein or in the Schedules and Statements, all asset values (other than for cash holdings and deposits) contained in the Schedules and Statements and herein are as of October 31, 2024.  Values of cash holdings and deposits are based on bank statement balances as of the Petition Date.  In addition, the values of most prepayments are as of October 31, 2024, but the values for professional retainers are as of the Petition Date.  Furthermore, the values of the Debtors' liabilities are as of the Petition Date; however, certain liability values have been adjusted for authorized payments made under the First Day Orders (as defined below).

6.     **Reservation of Rights.**  The Debtors and their advisors who assisted in the preparation of the Schedules and Statements do not guarantee or warrant the accuracy or

completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by errors or omissions, negligent or otherwise, in preparing, collecting, reporting, or communicating the information contained herein. The Debtors and their advisors do not have an obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party upon such revisions. In no event shall the Debtors or their advisors be liable to any third party for any direct, indirect, incidental, consequential, or other damages (including, but not limited to, damages arising from the disallowance of a potential claim against a Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors or their advisors are advised of the possibility of such damages. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary and appropriate.

The failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve their rights to dispute, or to assert offsets or defenses to, any claim reflected on the Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to amend the Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to claim description and designation.

The Debtors have made commercially reasonable efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, among other items reported in the Schedules and Statements. Nevertheless, the Debtors may have improperly characterized, classified, categorized, or designated certain items. The listing of a claim on Schedule D as "secured," on Schedule E/F (Part 1) as "priority," on Schedule E/F (Part 2) as "nonpriority" or the listing of a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors as to the legal rights of the claimant or a waiver of the Debtors' rights to re-characterize or re-classify such claim or contract pursuant to an amendment to the Schedules, a claim objection, or otherwise. The Debtors thus reserve all of their rights to recharacterize, reclassify, recategorize, or re-designate items reported in the Schedules and Statements at a later time as necessary or appropriate as additional information becomes available.

Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the foregoing general reservation of rights.

7.     **Valuation.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, the Schedules and Statements reflect net book values as of October 31, 2024. Cash is reported based on the balances provided on the bank statements for the Debtors' bank accounts as of the Petition Date. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. In some instances, the Debtors have used estimates where actual

data was not available.  The Debtors have not hired a third party to value their assets for purposes of completing the Schedules and Statements.

8.      **Currency.**  All amounts shown in the Schedules and Statements are in U.S. Dollars.

9.      **Quantification of Claims.**  Amounts that were not readily quantifiable by the Debtors are reported as "undetermined," "unknown," or "N/A" and any such designation is not intended to reflect the magnitude or materiality of any claim.

10.     **Claims Paid Pursuant to Court Orders.**  Pursuant to several motions filed on or around the Petition Date (the "First Day Motions"), the Debtors sought authority to pay certain outstanding prepetition payables pursuant to court order.  The Court entered certain orders authorizing the Debtors to pay certain of the outstanding prepetition payables it sought to pay under the First Day Motions (the "First Day Orders").  Consequently, certain prepetition fixed, liquidated, and undisputed unsecured claims, including, but not limited to, certain claims for employee wages that had accrued in the 180 days prior to the Petition Date, have been paid following the Petition Date.  Where and to the extent these claims have been satisfied or are anticipated to be satisfied, they may not be listed in the Schedules and Statements.  To the extent the Debtors later pay any amount of the claims listed in the Schedules and Statements pursuant to any orders entered by the Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements as is necessary or appropriate.

11.     **Prepetition and Postpetition Liabilities.**  The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change.  Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary or appropriate.

12.     **Setoffs.** The claims of individual creditors for, among other things, goods, products, services or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights regarding such credits, allowances, or other adjustments.

13.     **Property and Equipment.**  Nothing in the Schedules or Statements, including, without limitation, the failure to list leased property or equipment as owned property or equipment or vice-versa, constitutes, or shall be construed as, an admission as to the determination of legal status of any lease, including whether any lease is a true lease or financing arrangement, and the Debtors reserve all their rights with respect to such issues.

14.     **Exclusions.**  The Debtors believe that they have identified, but did not necessarily value, all material categories of assets and liabilities in the Schedules and Statements.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including employee benefit accruals, accrued accounts payable, and deferred gains. The Debtors also have excluded potential rejection damage claims of counterparties to executory

contracts and unexpired leases that may be rejected, to the extent such damage claims may exist. In addition, certain immaterial assets and liabilities may have been excluded.

15. **Causes of Action.** The Debtors, despite their reasonable efforts, may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any causes of action they may have, whether arising before, on, or after the Petition Date, in contract or in tort, at law or in equity, or pursuant to any other theory of law, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such causes of action.

16. **Insiders.** For purposes of the Schedules and Statements, the Debtors defined "insiders" in accordance with the provisions of section 101(31) of the Bankruptcy Code. Persons listed as "insiders" have been included for informational purposes only, however, and the designation of such persons as "insiders" on the Schedules and Statements does not constitute, and should not be construed as, an admission that such persons constitute insiders within the meaning of section 101(31) of the Bankruptcy Code. Moreover, these Global Notes and the Schedules and Statements do not take any position with respect to: (a) any person's influence over the control of the Debtors; (b) the management responsibilities or functions of any such person; (c) the decision making or corporate authority of any such person; or (d) whether the Debtors or any person who may have had control over the Debtors could successfully argue that such person is not an "insider" under applicable law or with respect to any theories of liability or for any other purpose.

17. **Guarantees and Other Secondary Liability Claims.** The Debtors have exercised reasonable efforts to locate and identify guarantors, co-obligors, or other secondarily-liable parties under executory contracts, unexpired leases, secured financing agreements, and other such arrangements or agreements. Where such guarantors or co-obligors have been identified, the Debtors have included them in the relevant Schedules D, E/F, G and/or H for the applicable Debtor. The Debtors may have inadvertently omitted certain guarantees or other secondary liability embedded in their contractual agreements.

18. **Totals.** All totals that are included in the Schedules and Statements represent totals of known amounts only and do not include any undetermined amounts. To the extent there are unknown or otherwise undetermined amounts, the actual total may be materially different than the listed total. Due to unliquidated, contingent and/or disputed claims, summary statistics in the Schedules and Statements may significantly understate the Debtors' liabilities.

19. **Intellectual Property Rights.** The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

20. **Accuracy.** The financial information disclosed herein was not prepared in accordance with GAAP, federal or state securities laws, or other applicable nonbankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against the Debtors should

evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws.

**Redactions.** Pursuant to Paragraph 4 of the *Order (I) Authorized the Debtors to File a Consolidated Creditor Matrix; (II) Authorizing the Debtors to File a Consolidated List of the Top 30 Unsecured Claimants; (III) Authorizing the Debtors to Redact Certain Personal Information; and (IV) Approving the Form and Manner of Notice of Commencement of these Chapter 11 Cases and other Information* [Docket No. 59] (the "Notice Procedures Order"), the Debtors have redacted the personally identifiable information for all individuals in the Schedules and Statements, including the EtO Claimants (as defined below). For the Debtors' officers and directors, the Debtors listed the Debtors' corporate office as their address.

The Debtors have also redacted the names and addresses of their customers to protect sensitive commercial information. The Debtors are seeking Court authority to redact such information as more fully described in the *Motion of the Debtors to Redact Confidential Customer Information* [Docket No. 134].

## Specific Notes to the Schedules of Assets and Liabilities

### Classifications of Claims

Listing a claim on Schedule D as "secured," or on Schedule E/F as "priority" or "nonpriority," or a contract or lease on Schedule G as "executory" or "unexpired," does not, in each case, constitute an admission by the Debtors of the legal rights of the claimant or the legal status of such claim or contract, or a waiver of the Debtors' right to recharacterize or reclassify such claim or contract.

### Summary of Assets and Liabilities

For financial reporting purposes, the Debtors ordinarily prepare consolidated financial statements in accordance with GAAP. The Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise, which may reflect consolidation, elimination and step-up in basis adjustments to the financial statements.

### Schedule A/B

As noted above, despite commercially reasonable efforts to identify all known assets, the Debtors may not have listed all of its causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, but not limited to, causes of action arising under the Bankruptcy Code or any other applicable laws to recover assets or avoid transfers.

### Part 2, Items 7 & 8 – Deposits & Prepayments.

The Debtors' characterization of an asset listed in Part 2, Items 7 and 8 is not a legal characterization of either a deposit or a prepayment. The Debtors reserve their rights to re-categorize or recharacterize such assets at a later time as appropriate. All prepayments are as of

October 31, 2024, except for professional retainer payments which are as of the Petition Date. Prior to the Petition Date, certain of the Debtors' professionals were paid advance payment retainers by the Debtors and therefore, these retainers are property of the various professionals. The professionals have agreed to apply their respective retainers to fees and expenses allowed in these cases and to the extent that any such retainer monies are not used for such purposes, any remaining balance will be remitted to the Debtors.

### Part 3, Item 11 – Accounts Receivable.

Historically, the Debtors have not record an allowance for doubtful accounts. As a result, the Debtors did not reflect any reserve against the accounts receivable.

### Part 4, Item 15 – Non-publicly Traded Stock and Interests.

Hazel Holdings, LLC is an inactive, wholly-owned subsidiary of Cosmed Group that does not hold any assets or liabilities. Hazel Holdings, LLC was previously used for real estate acquisitions.

### Part 7, Items 39, 40, and 41 – Office Furniture, Fixtures, and Equipment.

Cosmed Group has listed all of its office furniture, fixtures, and equipment at its corporate office and facilities. Dollar amounts are presented net of accumulated depreciation and other adjustments.

### Part 8 – Machinery, Equipment, and Vehicles.

Cosmed Group has listed, in Schedule A/B, all of its machinery and equipment at its facilities. Dollar amounts are presented net of accumulated depreciation and other adjustments.

### Part 9, Item 55 – Real Property.

Cosmed Group leases its office building from NA Ventures, LLC ("NA Ventures") and its facility in Erie, Pennsylvania from Spicey. There are no leases in place; Cosmed Group has historically paid for expenses at each location (e.g., utilities, maintenance, taxes, etc.).

### Part 10, Item 62 – Licenses, Franchises, and Royalties.

The value of the Debtors' intangible assets is listed on Schedule A/B, Part 10 as undetermined as the Debtors have not conducted a recent valuation of intangible asset value.

The Debtors are scheduling certain licenses and permits required to operate their business. These licenses and permits are not traded on an open market and as a result the Debtors have scheduled their value as "undetermined." Notwithstanding that fact, the licenses and permits are valuable to the Debtors as they would be unable to operate their business without them.

**Part 11, Item 73 – Interests in Insurance Policies or Annuities.**

A list of the Debtor's insurance policies and related information is set forth in the *Emergency Motion of Debtors for Entry of Order (I) Authorizing Debtors to Continue Insurance Policies and Pay All Obligations with Respect Thereto and (II) Granting Related Relief* [Docket No. 26].

The Debtors pay life insurance premiums on behalf of certain key employees. The Debtors executed split-dollar agreements in connection with these life insurance policies, whereby the cumulative premiums paid by the Debtors are to be repaid to the Debtors from either the insurance proceeds upon settlement of the policy or from the cash surrender value of the policy should the policy be terminated prior to settlement.  The stated value of the life insurance premiums is based on the balance sheet attached to the Debtors' 2023 year-end tax return.

**Part 11, Item 74 – Causes of Action Against Third Parties.**

There is an insurance coverage dispute between Cosmed Group and Hartford Insurance Company ("Hartford") and several of Hartford's affiliates pending in United States District Court for the District of Rhode Island in the case captioned *Hartford Fire Ins. Co.* et al. *v. Cosmed Group, Inc*, Case No. 1:24-CV-00080-WES-PAS (D.R.I.) (the Insurance Coverage Dispute").  Hartford denied Cosmed Group insurance coverage in relation to certain pending litigation involving the EtO Claimants and sought declaratory relief by initiating the Insurance Coverage Dispute. Cosmed believes that the denial was improper and has asserted counterclaims against Hartford and its affiliates in the Insurance Coverage Dispute.

**Part 11, Item 77 – Other Property of Any Kind.**

Construction Projects – Capitalized Costs.  In the ordinary course, Cosmed Group oversees various construction projects and incurs costs for materials, labor, and equipment.  These costs are recorded as an asset on the Debtors' balance sheet.  Once the underlying asset associated with a project is sold, the capitalized cost is removed from the balance sheet.

Management Fees.  Cosmed Group provides non-debtor affiliates Cosmed Group of Dominican Republic, Inc. ("Cosmed Group of DR") and Sterilization and Fumigation Services, Inc. ("SFS") with back-office services such as settlements, clearances, record maintenance, regulatory compliance, and accounting and earns a management fee that is denoted as an intercompany receivable on the Debtors' books and records.

Rights of Use Asset.  Cosmed Group leases certain administrative and operating facilities and includes operating lease Right Of Use assets ("ROU Assets") on the balance sheet. ROU Assets represent the right to use an underlying asset for the lease term. ROU Assets are recognized at the lease commencement date based on present value of lease payments over the lease term.

**Schedule D**

Schedule D lists the secured claims held by creditors as of the Petition Date.  The Debtors note, however, that the secured claims of The Washington Trust Company ("Washington Trust") against each of the Debtors were transferred and assigned to Michael L. Howe on December 11,

2024 as reflected in the *Notice of Transfer of Claim Pursuant to Bankruptcy Rule 3001(E)(1)* [Docket No. 120].

**Schedule E/F**

**Priority/Nonpriority Status**

The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim is entitled to priority treatment under section 507 of the Bankruptcy Code or that the amount of the claim is accurate.  Additionally, certain of the claims of state and local taxing authorities set forth in Part 1 of Schedule E/F ultimately may be deemed, in whole or in part, to be secured claims pursuant to state or local laws or priority claims under the Bankruptcy Code. The Debtors reserve their right to dispute the priority status of any claim on any basis.

Parties who have asserted claims relating to ethylene oxide ("EtO") involving the Debtors (collectively, the "EtO Claimants"), whether filed or unfiled, and who are known to the Debtors are listed on Part 2 of Schedule E/F as holders of nonpriority unsecured claims. The EtO Claimants have been listed on Schedule E/F with respect to any unsecured claim they may have or assert against the Debtors. Due to their volume, the EtO Claimants' EtO-related claims identified on Part 2 of Schedule E/F for the Debtors have been listed in a separate redacted attachment thereto. In accordance with the redaction procedures provided in the Notice Procedures Order, the Debtors have redacted the personally identifiable information of the EtO Claimants, unless such information was previously disclosed in these cases through *The United States Trustee's Notice of Appointment of Committee of Unsecured Creditors* [Docket No. 131] or the *Notice of Filing of Amended Top 30 List* [Docket No. 63].  Each EtO-related claim is contingent, unliquidated, and disputed by the Debtors. There are at least 477 EtO-related claims asserted against Cosmed Group (160 unfiled; 317 filed), and there are at least 8 EtO-related claims asserted against Spicey.

The Debtors listed the unsecured claim held by Balchem Corporation as of the Petition Date, but paid that claim in full pursuant to the *Order (I) Authorizing the Debtors to Pay all Prepetition Amounts Due and Owing to Balchem Corporation and (II) Granting Related Relief* [Docket No. 119].

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals or general reserves. Such amounts may be reflected on the Debtor's books and records as required in accordance with GAAP. Accruals are general estimates of liability and may not represent specific claims as of the Petition Date.

**Claims of Counterparties to Executory Contracts and Unexpired Leases**

Schedule E/F reflects the prepetition amounts owing as of the Petition Date to counterparties to executory contracts and unexpired leases.  Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of executory contracts or unexpired leases.  Additionally, Schedule E/F does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule H**

As reflected in the Debtors' Schedule H, as of the Petition Date, the Debtors, Michael Howe, NA Ventures, and SFS were co-debtors in relation to the secured claims held by Washington Trust.  As noted above, the secured claims held by Washington Trust were transferred and assigned to Michael Howe on December 11, 2024.  The Debtors, NA Venture, and SFS remain as co-debtors on the secured claims now held by Michael Howe as of the date hereof.

**Schedule G**

Although commercially reasonable efforts have been made to ensure the accuracy of Schedule G regarding executory contracts and unexpired leases, inadvertent errors, omissions or overinclusion may have occurred in preparing Schedule G.  Omission of a contract, lease or other agreement from Schedule G does not constitute an admission that such omitted contract, lease or agreement is not an executory contract or unexpired lease.  The Debtors hereby reserve all of their rights to (i) dispute the validity, status, or enforceability of any contract, agreement or lease set forth in Schedule G and (ii) amend or supplement such Schedule as necessary.  Furthermore, the Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on the Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument.  The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.  The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, or other documents, instruments, or agreements that may not be listed therein.  Certain of the real property leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space, early termination rights, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth on Schedule G.

Any and all rights, claims, and causes of action of the Debtors with respect to the agreements listed on Schedule G are hereby reserved and preserved.

### Specific Notes to the Statements of Financial Affairs

**Part 1, Item 1 – Income.**

Cosmed Group owns all of the assets that produce revenue from the business of the Debtors; therefore, the Debtors have listed all gross revenue from the business of the Debtors on the Statement for Cosmed Group.  The gross revenue for 2024 is an estimate.

**Part 2, Item 4 – Payments or Transfers Benefitting Insiders.**

Prior to the Petition Date, Cosmed Group made certain payments "for the benefit of" Spicey and certain non-Debtor affiliates, including Cosmed Group of DR and SFS, which have been marked with the label "FBO."  Therefore, while any transfers of funds are transfers of property of such entity, such transfers are listed on the Statement of Cosmed Group because the transfer initiated at an account held by Cosmed Group.

All payments to insiders, including payments to insiders made within ninety (90) days of the Petition Date, have been listed under Item 4.

**Part 3, Item 7 – Legal Actions.**

Attached as Schedule 1 to Cosmed Group's Statements, the Debtors have prepared a separate attachment that lists out each individual EtO-related matter against Cosmed Group that is (or was) part of the consolidated EtO litigation cases before the Circuit Court of Cook County (the "State Court"). The Debtors note that as of the Petition Date, certain of the EtO-related matters were before the United States District Court for the Northern District of Illinois (the "District Court") in the case captioned: *In re: Ethylene Oxide Coordinated Pretrial*, Case No. 24 C7261 (N.D. Ill.) (Alonso, J.). On December 3, 2024, the District Court entered the *Memorandum Opinion and Order* [Docket No. 59] (the "Opinion and Order") remanding all EtO-related matters before it back to the Circuit Court of Cook County, Illinois. The attachment for Cosmed Group accounts for the Opinion and Order and lists the State Court as the jurisdiction for each individual EtO-related matter.

**Part 12, Item 23 – Governmental Unit Notices.**

With respect to the notices received from the Pennsylvania Department of Environmental Protection and New Jersey Department of Environmental Protection, the Debtors denied all allegations of environmental law violations. The notices have not led to any fines or further investigations, and the Debtors believe that these notices have been resolved and concluded.

**Part 13, Item 26.b – Financial Statements.**

Historically, the Debtors have conducted an annual certified financial audit of their consolidated financials with certain non-Debtor affiliates, including Cosmed Group of DR and SFS. In the course of such audits of the Debtors' consolidated financials, certain testing may have been performed with respect to certain individual Debtor entities; however, no individual certified financial audits were ever produced as to any individual Debtor entities.

**Part 13, Item 26.d – Parties that have received the Debtors' Financial Statements.**

As noted herein, the Debtors ordinarily prepare consolidated financial statements in accordance with GAAP for financial reporting purposes. The Debtors issue their consolidated financial statements in the ordinary course of business. It would be a timely and burdensome task for the Debtors to go through their records to identify all financial institutions, creditors, and other parties to whom the Debtors have issued a financial statement within the two (2) years prior to the Petition Date; accordingly, the Debtors have only identified certain parties.

**Part 13, Item 30 – Payments involving Insiders.**

Prior to the Petition Date, Cosmed Group made certain payments for the benefit of some of the Debtors' officers and directors. Cosmed Group disclosed such payments in Part 4 of its Statements and did not list them in Part 13, Item 30 to avoid unnecessary duplication.

Debtor   **Cosmed Group, Inc.**                                                        Case number (if known)   **24-90573**
         Name

| Fill in this information to identify the case: |
| :-- |

Debtor name   **Cosmed Group, Inc.**

United States Bankruptcy Court for the:   **Southern District of Texas (Houston)**

Case number (if known)   **24-90573**

☐ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| :-- | :-- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a.   **Real property:**
   Copy line 88 from Schedule A/B...............................................................................   $     **Undetermined**

   1b.   **Total personal property:**
   Copy line 91A from Schedule A/B.............................................................................   $     **9,068,160.44**
      **plus undetermined amounts**

   1c.   **Total of all property:**
   Copy line 92 from Schedule A/B...............................................................................   $     **9,068,160.44**
      **plus undetermined amounts**

| Part 2: | Summary of Liabilities |
| :-- | :-- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D............................   $     **6,125,536.69**
      **plus undetermined amounts**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a.   **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................................   $     **Undetermined**

   3b.   **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...................................   +$     **261,726.34**
      **plus undetermined amounts**

4.   **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b

   $     **6,387,263.03**
   **plus undetermined amounts**

**Fill in this information to identify the case:**

Debtor name      **Cosmed Group, Inc.**

United States Bankruptcy Court for the:      **Southern District of Texas (Houston)**

Case number (if known)      **24-90573**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.        **Cash on Hand** | |
| 2.1      PETTY CASH, ERIE PA FACILITY | $700.00 |
| 2.2      PETTY CASH, LINDEN NJ FACILITY | $137.84 |

Debtor **Cosmed Group, Inc.**
_____   Case number (*if known*) **24-90573**
Name

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1 | BANK OF AMERICA | ETO STERILIZATION - OPERATING ACCOUNT | 1442 | $9,182.46 |
| 3.2 | BANK OF AMERICA | ETO STERILIZATION - PAYROLL | 1450 | $3,826.85 |
| 3.3 | CITIZENS BANK | COSMED GROUP - CHECKING | 3699 | ($22,269.19) |
| 3.4 | CITIZENS BANK | ETO STERILIZATION - CHECKING | 3850 | $83,438.47 |
| 3.5 | CITIZENS BANK | ETO STERILIZATION - CHECKING | 2012 | ($26,624.17) |
| 3.6 | CITIZENS BANK | COSMED GROUP DBA COSMED PA - ADP AND PLANT | 5253 | $14,363.36 |
| 3.7 | WASHINGTON TRUST | COSMED GROUP DBA COSMED PA - CHECKING | 2540 | $9,605.78 |
| 3.8 | WASHINGTON TRUST | COSMED GROUP DBA COSMED NJ - CHECKING | 5980 | $2,765.22 |
| 3.9 | WASHINGTON TRUST | COSMED GROUP DBA COSMED NJ - ADP AND PLANT | 0170 | $11,502.00 |
| 3.10 | WASHINGTON TRUST | COSMED GROUP - DEPOSIT | 2790 | $25,671.81 |
| 3.11 | WASHINGTON TRUST | COSMED GROUP - PROJECT ACCOUNT | 7650 | $664.24 |
| 3.12 | WASHINGTON TRUST | COSMED GROUP - UTILITIES ACCOUNT | 0770 | $1,000.00 |
| 3.13 | WASHINGTON TRUST | COSMED GROUP INC DBA ETO STERILIZATION INC - OPERATING ACCOUNT | 6020 | $33,846.08 |

| All cash or cash equivalents owned or controlled by the debtor | | Current value of debtor's interest |
|---|---|---|
| 4. | **Other cash equivalents** (*Identify all*) | |
| 4.1 | | $0.00 |

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$147,810.75** |
|---|

Debtor   **Cosmed Group, Inc.**                                    Case number (*if known*)   **24-90573**
_____
Name

---

## Part 2:   Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☒ Yes. Fill in the information below

| | | Current value of debtor's interest |
|---|---|---|
| **7.** | **Deposits, including security deposits and utility deposits** | |
| | Description, including name of holder of deposit | |
| 7.1 | CHS PROPERTY DEVELOPMENT LLC | LEASE | $265,440.61 |
| 7.2 | JERSEY CENTRAL POWER & LIGHT COMPANY | UTILITY | $15,609.49 |
| 7.3 | KAW, LLC | LEASE | $28,748.00 |
| 7.4 | UNDETERMINED | ETO UTILITY DEPOSITS | $2,250.00 |
| 7.5 | UNDETERMINED | OTHER MISC DEPOSITS | $6,619.10 |

| | | Current value of debtor's interest |
|---|---|---|
| **8.** | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent** | |
| | Description, including name of holder of prepayment | |
| 8.1 | CAMERON & MITTLEMAN LLP | RETAINER | $10,000.00 |
| 8.2 | GREENBERG TRAURIG LLP | RETAINER | $1,365,618.79 |
| 8.3 | KROLL RESTRUCTURING ADMINISTRATION LLC | RETAINER | $75,000.00 |
| 8.4 | PEDERSEN & HOUPT LLP | RETAINER | $70,677.52 |
| 8.5 | RSR CONSULTING, LLC | RETAINER | $317,587.00 |

**9.**   **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

| $2,157,550.51 |
|---|

---

## Part 3:   Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☒ Yes. Fill in the information below

Debtor **Cosmed Group, Inc.**
_____     Case number (*if known*) **24-90573**
Name

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|

**11.** **Accounts receivable**

11a. 90 days old or less:

| $1,892,891.06 | - | $0.00 | = | $1,892,891.06 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

11b. Over 90 days old:

| $172,875.31 | - | $0.00 | = | $172,875.31 |
|---|---|---|---|---|
| face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $2,065,766.37 |
|---|

---

**Part 4:** **Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | | $0.00 |
|---|---|---|---|

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership | | |
|---|---|---|---|---|
| 15.1 | HAZEL HOLDINGS LLC | 100% % | N/A | N/A |
| 15.2 | SPICEY PARTNERS REAL ESTATE HOLDINGS, LLC | 100% % | N/A | N/A |

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | | | $0.00 |
|---|---|---|---|

Official Form 206A/B          Schedule A/B: Assets - Real and Personal Property          **Page 4**

Debtor  **Cosmed Group, Inc.**                                    Case number (*if known*)  **24-90573**
Name

---

17. **Total of Part 4.**
Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| **Undetermined** |

---

| Part 5: | Inventory, excluding agriculture asset |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.

☐ Yes. Fill in the information below

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 19.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 20. **Work in progress** | | | | |
| 20.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 21. **Finished goods, including goods held for resale** | | | | |
| 21.1 | | | | $0.00 |

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 22. **Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

---

Debtor  **Cosmed Group, Inc.**                                                    Case number (*if known*)  **24-90573**
        Name

23. **Total of Part 5.**
    Add lines 19 through 22. Copy the total to line 84.                                      | $0.00 |

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No.

    ☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No.

    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No.

    ☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.

    ☐ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

28. **Crops-either planted or harvested**

| 28.1 | | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish*

| 29.1 | | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

30. **Farm machinery and equipment** *(Other than titled motor vehicles)*

| 30.1 | | | | $0.00 |

Debtor **Cosmed Group, Inc.**  _____  Case number (*if known*) **24-90573**
Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 | | | $0.00 |

**33.** **Total of Part 6.**
Add lines 28 through 32. Copy the total to line 85.

**$0.00**

**34.** **Is the debtor a member of an agricultural cooperative?**

☐ No.

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No.

☐ Yes.

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No.

☐ Yes. Book value _____ Valuation method _____ Current Value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No.

☐ Yes.

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No.

☐ Yes.

Debtor   **Cosmed Group, Inc.** _____   Case number (*if known*)   **24-90573**
  Name

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** | **Office furniture** | | |
| 39.1 | | | $0.00 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **40.** | **Office fixtures** | | |
| 40.1 LEASEHOLD IMPROVEMENTS | $166,362.03 | NET BOOK VALUE | $166,362.03 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **41.** | **Office equipment, including all computer equipment and communication systems equipment and software** | | |
| 41.1 OFFICE EQUIPMENT | $72,812.19 | N/A | $72,812.19 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42.** | **Collectibles** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
| 42.1 | | | $0.00 |

**43.   Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86

| $239,174.22 |
|---|

| Debtor | **Cosmed Group, Inc.** | | Case number (*if known*) | **24-90573** |
|---|---|---|---|---|
| | Name | | | |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No.

☑ Yes.

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

---

**Part 8:    Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 48.  **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers,<br>motors,floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| 49.  **Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |

---

Debtor  **Cosmed Group, Inc.**                                                                    Case number (*if known*) **24-90573**

Name

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of debtor's<br>interest |
|---|---|---|---|
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1  BOILERS | $45,327.23 | NET BOOK VALUE | $45,327.23 |
| 50.2  CHAMBERS | $107,107.33 | NET BOOK VALUE | $107,107.33 |
| 50.3  CHILLERS | $26,299.62 | NET BOOK VALUE | $26,299.62 |
| 50.4  FORKLIFTS | $23,007.02 | NET BOOK VALUE | $23,007.02 |
| 50.5  MISCELLANEOUS EQUIPMENT, PARTS, AND<br>CAPITALIZED REPAIRS | $805,755.29 | NET BOOK VALUE | $805,755.29 |
| 50.6  SCRUBBERS | $23,661.45 | NET BOOK VALUE | $23,661.45 |
| 50.7  VACUUM PUMPS | $52,390.24 | NET BOOK VALUE | $52,390.24 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| |
|---|
| **$1,083,548.18** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No.

■ Yes.

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No.

☐ Yes.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes. Fill in the information below

Debtor  **Cosmed Group, Inc.** _____  Case number (*if known*) **24-90573**
Name

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55. | **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest** | | | | |
| 55.1 | COSMED OF NJ PROCESSING FACILITY; 19 PARK DR., FRANKLIN, NJ 07416 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.2 | COSMED OF PA PROCESSING FACILITY; 2205 E 33RD ST, ERIE, PA 16510-2555 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.3 | ETO STERILIZATION PROCESSING FACILITY; 2500 BRUNSWICK AVE, STE. E LINDEN, NJ 07036 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |
| 55.4 | OFFICE BUILDING; 28 NARRAGANSETT AVE, JAMESTOWN, RI 02835 | LEASED | UNDETERMINED | NET BOOK VALUE | UNDETERMINED |

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.4 and entries from any additional sheets.
Copy the total to line 88.

**Undetermined**

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No.

☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No.

☐ Yes.

**Part 10:  Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes. Fill in the information below

| Debtor | **Cosmed Group, Inc.** | Case number (*if known*) | **24-90573** |
|---|---|---|---|
| | Name | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | | $0.00 |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **61.** | **Internet domain names and websites** | | | |
| 61.1 | DOMAIN: BIOREDUCTION.COM | UNDETERMINED | N/A | UNDETERMINED |
| 61.2 | DOMAIN: COSMEDGROUP.COM | UNDETERMINED | N/A | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **62.** | **Licenses, franchises, and royalties** | | | |
| 62.1 | CERTIFICATION - ISO CERTIFICATION – 11135 & 13485 - REGISTRATION/PERMIT #MD668142 - 3 YEARS - EXPIRATION 08/13/2026 | UNDETERMINED | N/A | UNDETERMINED |
| 62.2 | CERTIFICATION - JPAL - FMR CERTIFICATE REGISTRATION/PERMIT #BG30402857 - 5 YEARS - EXPIRATION 05/21/2027 | UNDETERMINED | N/A | UNDETERMINED |
| 62.3 | PERMIT - BOILER (206604B) - REGISTRATION/PERMIT #B02862824 - 2 YEARS - EXPIRATION 02/14/2026 | UNDETERMINED | N/A | UNDETERMINED |
| 62.4 | PERMIT - BOILER (206605B) - REGISTRATION/PERMIT #B02803379 - 2 YEARS - EXPIRATION 03/13/2025 | UNDETERMINED | N/A | UNDETERMINED |
| 62.5 | PERMIT - BOILER OPERATOR'S LICENSE - REGISTRATION/PERMIT #HP-124761 - 3 YEARS - EXPIRATION 11/30/26 | UNDETERMINED | N/A | UNDETERMINED |
| 62.6 | PERMIT - BOILER OPERATOR'S LICENSE - REGISTRATION/PERMIT #HP-156753 - 3 YEARS - EXPIRATION 05/31/26 | UNDETERMINED | N/A | UNDETERMINED |
| 62.7 | PERMIT - BOILER OPERATOR'S LICENSE - REGISTRATION/PERMIT #HP-156869 - 3 YEARS - EXPIRATION 05/31/26 | UNDETERMINED | N/A | UNDETERMINED |
| 62.8 | PERMIT - COMMONWEALTH OF PA (OPERATING PERMIT) - REGISTRATION/PERMIT #25-00918 - ANNUAL | UNDETERMINED | N/A | UNDETERMINED |
| 62.9 | PERMIT - FDA - MEDICAL DEVICES - REGISTRATION/PERMIT #2244478 - ANNUAL | UNDETERMINED | N/A | UNDETERMINED |
| 62.10 | PERMIT - FDA - MEDICAL DEVICES - REGISTRATION/PERMIT #252891 *E066B02D-D581-0ADE- - ANNUAL | UNDETERMINED | N/A | UNDETERMINED |
| 62.11 | PERMIT - FDA - PHARMACEUTICALS - REGISTRATION/PERMIT #E053-2995A90A5AA6 / 080500761 - ANNUAL | UNDETERMINED | N/A | UNDETERMINED |

Debtor   **Cosmed Group, Inc.**
_____
Name

Case number (*if known*) __24-90573__

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | |
| 62.12 | PERMIT - FDA -FSMA - REGISTRATION/PERMIT #18514698278 - 4TH QUARTER EVEN YEARS - EXPIRATION 4TH QUARTER 2026 | UNDETERMINED | N/A | UNDETERMINED |
| 62.13 | PERMIT - LEPC OFF-SITE RESPONSE PLAN - ANNUAL | UNDETERMINED | N/A | UNDETERMINED |
| 62.14 | PERMIT - NJ DEPT. OF AGRICULTURE - REGISTRATION/PERMIT #100000274 - ANNUAL | UNDETERMINED | N/A | UNDETERMINED |
| 62.15 | PERMIT - NJ DEPT. OF HEALTH - REGISTRATION/PERMIT #7853 - ANNUAL - EXPIRATION 03/31/2025 | UNDETERMINED | N/A | UNDETERMINED |
| 62.16 | PERMIT - NJ OFFFICE OF WEIGHT & MEASURES - REGISTRATION/PERMIT #01-026195-24 - ANNUAL - EXPIRATION 01/31/2025 | UNDETERMINED | N/A | UNDETERMINED |
| 62.17 | PERMIT - NJ STORMWATER POLLUTION PREVENTIONPLAN - REGISTRATION/PERMIT #NJG0167738 - ANNUAL - EXPIRATION 08/28/2025 | UNDETERMINED | N/A | UNDETERMINED |
| 62.18 | PERMIT - PA DEPARTMENT OF HEALTH - REGISTRATION/PERMIT #6000009023 - ANNUAL | UNDETERMINED | N/A | UNDETERMINED |
| 62.19 | PERMIT - STATE OF NEW JERSEY - FIRE CODE - REGISTRATION/PERMIT #2009-066955.001 - BUILDING E & C - ANNUAL - EXPIRATION 02/06/2025 | UNDETERMINED | N/A | UNDETERMINED |
| 62.20 | PERMIT - STATE OF NEW JERSEY - FIRE CODE - REGISTRATION/PERMIT #2009-076345 - BUILDING B - ANNUAL - EXPIRATION 09/28/2025 | UNDETERMINED | N/A | UNDETERMINED |
| 62.21 | PERMIT - STATE OF NEW JERSEY (BOILER PERMIT E-15) - REGISTRATION/PERMIT #170001 - 5 YEARS - EXPIRATION 01/29/2028 | UNDETERMINED | N/A | UNDETERMINED |
| 62.22 | PERMIT - STATE OF NEW JERSEY (BOILER PERMIT E-17) - REGISTRATION/PERMIT #220001 - 5 YEARS - EXPIRATION 12/28/2025 | UNDETERMINED | N/A | UNDETERMINED |
| 62.23 | PERMIT - STATE OF NEW JERSEY (BOILER PERMIT E-8) - REGISTRATION/PERMIT #2004-00675-S - 5 YEARS - EXPIRATION 04/27/2028 | UNDETERMINED | N/A | UNDETERMINED |
| 62.24 | PERMIT - STATE OF NEW JERSEY BAGHOUSE - REGISTRATION/PERMIT #970001 - 5 YEARS - EXPRIATION 04/2028 | UNDETERMINED | N/A | UNDETERMINED |
| 62.25 | PERMIT - STATE OF NEW JERSEY BAGHOUSE - REGISTRATION/PERMIT #970005 - 5 YEARS - EXPRIATION 04/2029 | UNDETERMINED | N/A | UNDETERMINED |
| 62.26 | PERMIT - STATE OF NJ (AIR PERMIT BOILER) - REGISTRATION/PERMIT #GEN 240001 - 5 YEARS - EXPIRATION: 1/23/2029 | UNDETERMINED | N/A | UNDETERMINED |
| 62.27 | PERMIT - STATE OF NJ (AIR PERMIT) - REGISTRATION/PERMIT #PCP 110001 - CHAMBERS 2,,3,4,5 - 5 YEARS - EXPIRATION 12/2025 | UNDETERMINED | N/A | UNDETERMINED |
| 62.28 | PERMIT - STATE OF NJ (LIFE HAZARD - FIRE) - REGISTRATION/PERMIT #1911-062840 - ANNUAL | UNDETERMINED | N/A | UNDETERMINED |
| 62.29 | PERMIT - STATE OF NJ (PESTICIDE APPLICATOR) - REGISTRATION/PERMIT #27202B - ANNUAL - EXPIRATION 10/31/2025 | UNDETERMINED | N/A | UNDETERMINED |

Debtor   **Cosmed Group, Inc.** _____   Case number (*if known*) **24-90573**
         Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 62. | **Licenses, franchises, and royalties** | | | |
| 62.30 | PERMIT - STATE OF NJ (PESTICIDE APPLICATOR) - REGISTRATION/PERMIT #27550B - ANNUAL - EXPIRATION 10/31/2025 | UNDETERMINED | N/A | UNDETERMINED |
| 62.31 | PERMIT - STATE OF NJ (PESTICIDE APPLICATOR) - REGISTRATION/PERMIT #61651B - ANNUAL | UNDETERMINED | N/A | UNDETERMINED |
| 62.32 | PERMIT - STATE OF NJ (PESTICIDE BUSINESS) - REGISTRATION/PERMIT #91554B - ANNUAL - EXPIRATION 10/31/2025 | UNDETERMINED | N/A | UNDETERMINED |
| 62.33 | PERMIT - STATE OF NJ (PESTICIDE BUSINESS) - REGISTRATION/PERMIT #91611B - ANNUAL | UNDETERMINED | N/A | UNDETERMINED |
| 62.34 | PERMIT - STATE OF NJ (PESTICIDE OPERATOR) - REGISTRATION/PERMIT #81259C - ANNUAL | UNDETERMINED | N/A | UNDETERMINED |
| 62.35 | PERMIT - STATE OF NJ (PESTICIDE OPERATOR) - REGISTRATION/PERMIT #82407C - ANNUAL | UNDETERMINED | N/A | UNDETERMINED |
| 62.36 | PERMIT - TWP OF HARDYSTON - FIRE CODE - REGISTRATION/PERMIT #1911062840/0021 - ANNUAL | UNDETERMINED | N/A | UNDETERMINED |
| 62.37 | PERMIT PENDING - STATE OF NJ (PESTICIDE OPERATOR) - REGISTRATION/PERMIT #87041B | UNDETERMINED | N/A | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | CUSTOMER LIST/RELATIONSHIPS | UNDETERMINED | N/A | UNDETERMINED |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 64. | **Other intangibles, or intellectual property** | | | |
| 64.1 | | | | $0.00 |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 65. | **Goodwill** | | | |
| 65.1 | GOODWILL | UNDETERMINED | N/A | UNDETERMINED |

Debtor  **Cosmed Group, Inc.**                                        Case number (*if known*)  **24-90573**
_____
Name

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.                    **Undetermined**

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

   ■ No.
   ☐ Yes.

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

   ☐ No.
   ■ Yes.

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

   ■ No.
   ☐ Yes.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

■ Yes. Fill in the information below

|  |  |  |  | **Current value of debtor's interest** |
|---|---|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) |  |  |  |
| 71.1 | NOTE RECEIVABLE FROM AMY E HOWE | $71,232.82 | - $0.00 | = $71,232.82 |
| 71.2 | NOTE RECEIVABLE FROM DAVID G HOWE | $65,034.69 | - $0.00 | = $65,034.69 |
| 71.3 | NOTE RECEIVABLE FROM MICHAEL L HOWE | $1,032,573.90 | - $0.00 | = $1,032,573.90 |
| 71.4 | NOTE RECEIVABLE FROM THE HOWE GRANDCHILDREN'S TRUST-2000 F/B/O REBECCA HOWE | $283,000.00 | - $0.00 | = $283,000.00 |
| 71.5 | NOTE RECEIVABLE FROM THE HOWE GRANDCHILDREN'S TRUST-2000 F/B/O TIMOTHY HOWE | $285,000.00 | - $0.00 | = $285,000.00 |
|  |  | Total face amount | doubtful or uncollectible amount |  |

Debtor   **Cosmed Group, Inc.**                                    Case number (*if known*)   **24-90573**
_____
Name

|  | Current value of debtor's interest |
|---|---|
| **72.** **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 72.1 _____   _____ | $0.00 |

|  | Current value of debtor's interest |
|---|---|
| **73.** **Interests in insurance policies or annuities** | |
| 73.1   OFFICER'S LIFE INSURANCE PREMIUMS | $645,729.00 |

|  | Current value of debtor's interest |
|---|---|
| **74.** **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 74.1   COUNTERCLAIMS - COVERAGE DISPUTE (HARTFORD FIRE INS. CO. ET AL V. COSMED GROUP, INC.) | UNDETERMINED |

| **Nature of claim** | INSURANCE COVERAGE DISPUTE |
|---|---|
| **Amount requested** | UNDETERMINED |

|  | Current value of debtor's interest |
|---|---|
| **75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 75.1 _____ | $0.00 |

|  | Current value of debtor's interest |
|---|---|
| **76.** **Trusts, equitable or future interests in property** | |
| 76.1 _____ | $0.00 |

Debtor    **Cosmed Group, Inc.**_____    Case number (*if known*)   24-90573
          Name

|  |  | Current value of debtor's interest |
|---|---|---|
| 77. | **Other property of any kind not already listed Examples:** Season tickets, country club membership | |
| 77.1 | CONSTRUCTION PROJECTS - CAPITALIZED COSTS | $724,865.00 |
| 77.2 | INTERCOMPANY RECEIVABLE - MANAGEMENT FEES FROM COSMED GROUP OF THE DOMINICAN REPUBLIC, INC. | $109,375.00 |
| 77.3 | INTERCOMPANY RECEIVABLE - MANAGEMENT FEES FROM STERILIZATION AND FUMIGATION SERVICES, INC. | $157,500.00 |
| 77.4 | RIGHT OF USE ASSET | UNDETERMINED |

78.    **Total of Part 11.**
       Add lines 71 through 77. Copy the total to line 90.

| **$3,374,310.41 plus undetermined amounts.** |
|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No.

☐ Yes.

| Debtor | **Cosmed Group, Inc.** | Case number (*if known*) | **24-90573** |
|---|---|---|---|
| | Name | | |

## Part 12:   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $147,810.75 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,157,550.51 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,065,766.37 | |
| 83. **Investments.** *Copy line 17, Part 4.* | Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $239,174.22 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,083,548.18 | |
| 88. **Real property.** *Copy line 56, Part 9.*..............................................................> | | Undetermined |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,374,310.41 plus undetermined amounts. | |
| 91. **Total. Add lines 80 through 90 for each column** | $9,068,160.44 plus undetermined amounts. | +91b.   Undetermined |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $9,068,160.44 plus undetermined amounts. |

**Fill in this information to identify the case:**

Debtor name **Cosmed Group, Inc.**

United States Bankruptcy Court for the: **Southern District of Texas (Houston)**

Case number (if known) **24-90573**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **Secured creditor name and mailing address** | **Describe debtor's property that is subject to a lien** | UNDETERMINED | UNDETERMINED |
| | | CERTAIN LEASED EQUIPMENT | | |
| | BANK OF THE WEST<br>475 SANSOME ST, 19TH FL<br>SAN FRANCISCO CA 94111 | **Describe the lien** | | |
| | | UCC LIEN 220217-1321000 | | |
| | **Secured creditor's email address** | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | | ☐ Yes | | |
| | **Date debt was incurred** | **Is anyone else liable on this claim?** | | |
| | VARIOUS | ■ No | | |
| | **Last 4 digits of account number** | ☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)* | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply | | |
| | ■ No | ■ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated | | |
| | | ■ Disputed | | |

Debtor **Cosmed Group, Inc.**
_____   Case number (if known) **24-90573**
Name

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim |
|---|---|---|

**2.2**

**Secured creditor name and mailing address**

COSMED GROUP OF THE DOMINICAN
REPUBLIC, INC.
28 NARRAGANSETT AVE.
JAMESTOWN RI 02835

**Secured creditor's email address**

**Date debt was incurred**

11/13/2024

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.

1) WASHINGTON TRUST COMPANY 2)
MICHAEL L. HOWE 3) COSMED GROUP
OF THE DOMINICAN REPUBLIC, INC.

**Describe debtor's property that is subject to a lien**

SUBSTANTIALLY ALL ASSETS OF COSMED
GROUP, INC.

**Describe the lien**

THIRD LIEN LOAN

**Is the creditor an insider or related party?**

☐ No
■ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes _Fill out Schedule H: Codebtors (Official Form 206H)_

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$971,965.30 | UNDETERMINED

**2.3**

**Secured creditor name and mailing address**

CT CORPORATION SYSTEM, AS
REPRESENTATIVE
330 N BRAND BLVD
SUITE 700
ATTN SPRS
GLENDALE CA 91203

**Secured creditor's email address**

**Date debt was incurred**

VARIOUS

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**

CERTAIN LEASED EQUIPMENT

**Describe the lien**

UCC LIEN 220922-1555000

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

■ No
☐ Yes _Fill out Schedule H: Codebtors (Official Form 206H)_

**As of the petition filing date, the claim is:**
Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

UNDETERMINED | UNDETERMINED

| Debtor | **Cosmed Group, Inc.** | Case number (if known) | **24-90573** |
|---|---|---|---|
| | Name | | |

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.4**     **Secured creditor name and mailing address**

**Describe debtor's property that is subject to a lien**

SUBSTANTIALLY ALL ASSETS OF COSMED GROUP, INC.

|  | $250,000.00 | UNDETERMINED |
|---|---|---|

MICHAEL L. HOWE
C/O HOWLEY LAW PLLC
ATTN: TOM HOWLEY
700 LOUISIANA STREET
SUITE 4545
HOUSTON TX 77002

**Describe the lien**

SECOND LIEN LOAN

**Secured creditor's email address**

**Is the creditor an insider or related party?**

☐ No
☑ Yes

**Date debt was incurred**

3/1/2024

**Is anyone else liable on this claim?**

☐ No
☑ Yes  *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.

1) WASHINGTON TRUST COMPANY 2) MICHAEL L. HOWE 3) COSMED GROUP OF THE DOMINICAN REPUBLIC, INC.

Debtor **Cosmed Group, Inc.**        Case number (if known) **24-90573**
Name

| | | Column A<br>Amount of claim<br><br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | |

| 2.5 | **Secured creditor name and mailing address**<br><br>REGENTS CAPITAL CORPORATION<br>3200 BRISTOL STREET<br>SUITE 400<br>COSTA MESA CA 92626 | **Describe debtor's property that is subject to a lien**<br><br>CERTAIN LEASED EQUIPMENT | UNDETERMINED | UNDETERMINED |
|---|---|---|---|---|

**Describe the lien**

UCC LIEN #220428-2107003

**Secured creditor's email address**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

VARIOUS

**Is anyone else liable on this claim?**

■ No
☐ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Secured creditor name and mailing address**<br><br>WASHINGTON TRUST COMPANY<br>10 WEYBOSSET STREET<br>PROVIDENCE RI 02903 | **Describe debtor's property that is subject to a lien**<br><br>SUBSTANTIALLY ALL ASSETS OF COSMED GROUP, INC. | $4,903,571.39 | UNDETERMINED |
|---|---|---|---|---|

**Describe the lien**

SENIOR SECURED LOANS

**Secured creditor's email address**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

VARIOUS

**Is anyone else liable on this claim?**

☐ No
■ Yes *Fill out Schedule H: Codebtors (Official Form 206H)*

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.

1) WASHINGTON TRUST COMPANY 2) MICHAEL L. HOWE 3) COSMED GROUP OF THE DOMINICAN REPUBLIC, INC.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor **Cosmed Group, Inc.**
_____ Case number (if known) **24-90573**
Name

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

| | |
|---|---|
| | **$6,125,536.69** **plus undetermined amounts** |

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.
If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| MICHAEL L. HOWE<br>C/O HOWLEY LAW PLLC<br>ATTN: TOM A. HOWLEY, ERIC TERRY<br>TC ENERGY CENTER<br>700 LOUISIANA STREET, SUITE 4545<br>HOUSTON TX 77002 | Line 2.4 | |
| WASHINGTON TRUST COMPANY<br>23 BROAD STREET<br>WESTERLY RI 02891 | Line 2.6 | |
| WASHINGTON TRUST COMPANY<br>C/O PANNONE LOPES DEVEREAUX & O'GARA LLC<br>ATTN: JOSEPH M. DIORIO<br>NORTHWOODS OFFICE PARK<br>1301 ATWOOD AVE., SUITE 215 N<br>JOHNSTON RI 02919 | Line 2.6 | |
| WASHINGTON TRUST COMPANY<br>C/O WICK PHILLIPS GOULD & MARTIN, LLP<br>ATTN: CATHERINE A. CURTIS, JASON M. RUDD<br>3131 MCKINNEY AVENUE<br>SUITE 500<br>DALLAS TX 75204 | Line 2.6 | |

**Fill in this information to identify the case:**

Debtor name  **Cosmed Group, Inc.**

United States Bankruptcy Court for the:  **Southern District of Texas (Houston)**

Case number (if known)  **24-90573**

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims            12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
| | CITY OF ERIE TREASURER<br>626 STATE ST<br>ROOM 105<br>ERIE PA 16501-1128 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 8 | ■ No<br>☐ Yes | | |
| 2.2 | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is:<br>Check all that apply. | UNDETERMINED | UNDETERMINED |
| | DELAWARE SECRETARY OF STATE<br>301 FEDERAL ST<br>#4<br>DOVER DE 19901 | ■ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>POTENTIAL TAX LIABILITY | | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 8 | ■ No<br>☐ Yes | | |

Debtor **Cosmed Group, Inc.** _____ Case number (if known) **24-90573**
Name

| | Total claim | Priority amount |
|---|---|---|

**2.3** **Priority creditor's name and mailing address**

ENVIRONMENTAL PROTECTION AGENCY
1200 PENNSYLVANIA AVE, NW
WASHINGTON DC 20460

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

UNDETERMINED | UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.4** **Priority creditor's name and mailing address**

INTERNAL REVENUE SERVICE
1111 CONSTITUTION AVE NW
WASHINGTON DC 20224

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

UNDETERMINED | UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.5** **Priority creditor's name and mailing address**

NEW JERSEY DEPARTMENT OF
ENVIRONMENTAL PROTECTION
401 EAST STATE STREET
2ND FLOOR
TRENTON NJ 08625-0420

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

UNDETERMINED | UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
ENVIRONMENTAL REGULATOR

**Is the claim subject to offset?**

■ No
☐ Yes

---

**2.6** **Priority creditor's name and mailing address**

NEW JERSEY OFFICE OF THE COMPTROLLER
OF PUBLIC ACCOUNTS
20 W STATE ST
TRENTON NJ 08608

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

UNDETERMINED | UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim: 8**

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Is the claim subject to offset?**

■ No
☐ Yes

---

| Debtor | **Cosmed Group, Inc.** | Case number (if known) | **24-90573** |
|---|---|---|---|
| | Name | | |

| | | Total claim | Priority amount |
|---|---|---|---|

**2.7** Priority creditor's name and mailing address

PENNSYLVANIA DEPARTMENT OF ENVIRONMENTAL PROTECTION
400 MARKET STREET
HARRISBURG PA 17101

| | | | |
|---|---|---|---|
| | | UNDETERMINED | UNDETERMINED |

As of the petition filing date, the claim is:
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
ENVIRONMENTAL REGULATOR

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

■ No
☐ Yes

---

**2.8** Priority creditor's name and mailing address

PENNSYLVANIA DEPARTMENT OF REVENUE
1131 STRAWBERRY SQUARE
HARRISBURG PA 17128

| | | UNDETERMINED | UNDETERMINED |
|---|---|---|---|

As of the petition filing date, the claim is:
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

■ No
☐ Yes

---

**2.9** Priority creditor's name and mailing address

RHODE ISLAND DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
235 PROMENADE ST
PROVIDENCE RI 02908

| | | UNDETERMINED | UNDETERMINED |
|---|---|---|---|

As of the petition filing date, the claim is:
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

■ No
☐ Yes

---

**2.10** Priority creditor's name and mailing address

RHODE ISLAND DIVISION OF TAXATION
1 CAPITOL HILL
PROVIDENCE RI 02908

| | | UNDETERMINED | UNDETERMINED |
|---|---|---|---|

As of the petition filing date, the claim is:
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim: 8**

■ No
☐ Yes

---

Debtor   **Cosmed Group, Inc.** _____   Case number (if known)   **24-90573** _____

Name

| | Total claim | Priority amount |
|---|---|---|
| | | |

2.11  **Priority creditor's name and mailing address**

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
12345 N LAMAR BLVD
SUITE 175
AUSTIN TX 78753

**As of the petition filing date, the claim is:**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Total claim: UNDETERMINED
Priority amount: UNDETERMINED

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
POTENTIAL TAX LIABILITY

**Last 4 digits of account number**

**Is the claim subject to offset?**

**Specify Code subsection of PRIORITY unsecured claim:** 8

■ No
☐ Yes

Debtor  **Cosmed Group, Inc.** _____ Case number (if known) **24-90573**
      Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br><br>A&M INDUSTRIAL, INC.<br>PO BOX 1044<br>RAHWAY NJ 07065<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | **$879.57** |
| 3.2 | **Nonpriority creditor's name and mailing address**<br><br>AIRGAS USA, LLC<br>PO BOX 734445<br>CHICAGO IL 60673-4445<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | **$9,048.36** |
| 3.3 | **Nonpriority creditor's name and mailing address**<br><br>ASSAY TECHNOLOGY<br>1382 STEALTH STREET<br>LIVERMORE CA 94551-9356<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | **$1,456.71** |
| 3.4 | **Nonpriority creditor's name and mailing address**<br><br>AWISCO NEW YORK CORP.<br>55-15 43RD STREET<br>MASPETH NY 11378-2023<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | **$1,349.95** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br><br>BALCHEM CORPORATION<br>P.O. BOX 21811<br>NEW YORK NY 10087-1811<br><br>**Date(s) debt was incurred** <u>VARIOUS</u><br><br>**Last 4 digits of account number** | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<u>TRADE</u><br><br>**Is the claim subject to offset?** ■ No ☐ Yes | **$40,807.22** |

Debtor **Cosmed Group, Inc.** _____ Case number (if known) **24-90573**

Name

|  | | **Amount of claim** |
|---|---|---|

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,066.25 |
|---|---|---|---|

BOLDYN NETWORKS INFRASTRUCTURE US LLC
1400 BROADWAY F1 17
NEW YORK NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $43.99 |
|---|---|---|---|

BORTEK INDUSTRIES
4713 GETTYSBURG ROAD
MECHANICSBURG PA 17055-4326

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $501.95 |
|---|---|---|---|

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO IL 60693-0149

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,073.55 |
|---|---|---|---|

CERTIFIED LABORATORIES, INC.
PO BOX 736671
DALLAS TX 75373-6671

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $243.93 |
|---|---|---|---|

CHARTER COMMUNICATIONS
PO BOX 6030
CAROL STREAM IL 60197-6030

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?**  ■ No  ☐ Yes

---

Debtor   **Cosmed Group, Inc.** _____ Case number (if known) __24-90573__

Name

| | | Amount of claim |
|---|---|---|

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

CHS PROPERTY DEVELOPMENT LLC
C/O GOLDBERG SEGALLA LLP
ATTN: ANTHONY I. PERCHIACCA, ESQ
1037 RAYMOND BOULEVARD
SUITE 1010
NEWARK NJ 7102

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim: <u>INDEMNIFICATION CLAIMS RELATED TO ETO LITIGATION</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$86.90**

CONFIRES FIRE PROTECTION SERVICES
910 OAK TREE ROAD
SOUTH PLAINFIELD NJ 07080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim: <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$13,627.82**

CONNEKTED, INC.
404 MAIN ST
#3606
EAST GREENWICH RI 02818

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim: <u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

COSMED GROUP OF THE DOMINICAN REPUBLIC, INC.
28 NARRAGANSETT AVE.
JAMESTOWN RI 02835

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim: <u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

COSMED STERILZATION & FUMIGATION SERVICES, INC.
28 NARRAGANSETT AVE.
JAMESTOWN RI 02835

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim: <u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cosmed Group, Inc.** | Case number (if known) | 24-90573 |
|---|---|---|---|
| | Name | | |

| | | | **Amount of claim** |
|---|---|---|---|

**3.16**

Nonpriority creditor's name and mailing address

CRYSTAL SPRINGS WATER
PO BOX 660579
DALLAS TX 75266-0579

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

$302.84

---

**3.17**

Nonpriority creditor's name and mailing address

DIVERSATEK HEALTHCARE
102 E KEEFE AVE
MILWAUKEE WI 53212

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

$560.00

---

**3.18**

Nonpriority creditor's name and mailing address

EAST COAST WELDING ALLOYS
1979 LAKESHORE ROAD
GILFORD NH 03249

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

$571.75

---

**3.19**

Nonpriority creditor's name and mailing address

ELIZABETHTOWN GAS
520 GREEN LANE
UNION NJ 07083

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

$32,974.97

---

**3.20**

Nonpriority creditor's name and mailing address

ELLAB INC.
303 E. 17TH AVE.
SUITE 10
DENVER  CO 80203

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

As of the petition filing date, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

$1,660.00

---

Debtor  **Cosmed Group, Inc.** _____ Case number (if known) **24-90573**

Name

| | | Amount of claim |
|---|---|---|

**3.21** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

ERIE STERILIZATION REAL ESTATE, LLC
C/O MANKO, GOLD, KATCHER & FOX, LLP
ATTN: DIANA A. SILVA
THREE BALA PLAZA EAST
SUITE 700
CYNWYD PA 19004

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>INDEMNIFICATION CLAIMS RELATED TO ETO LITIGATION</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$4,220.07**

ERIE WATER WORKS
340 WEST BAYFRONT PARKWAY
ERIE PA 16507-2004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.23** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

ETO LITIGATION CLAIMS (SEE SCHEDULE 1 AND GLOBAL NOTES, SCHEDULE E/F)

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>LITIGATION</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$2,741.22**

FEDEX
PO BOX 371461
PITTSBURGH PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$1,180.69**

GERLACH'S PROPERTY MAINTENANCE
2727 W 18TH ST
ERIE PA 16505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

Basis for the claim:<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Cosmed Group, Inc.** _____ Case number (if known) __24-90573__

Name

| | | Amount of claim |
|---|---|---|

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $1,454.12
| | |

GRAINGER
DEPT. 821221322
PALATINE IL 60038-0001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $480.00

H.G. CLARKE AIR CONDITIONING S
15 N. WOOD AVENUE
LINDEN NJ 07036

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | UNDETERMINED

HARTFORD FIRE INS. CO., ET AL.
ONE EXCHANGE TERRACE FEDERAL
BUILDING AND COURTHOUSE
PROVIDENCE  02903

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $197.26

INDUSTRIAL PROCESS MEASUREMENT
3910 PARK AVENUE - UNIT 7
EDISON NJ 08820

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | $1,850.30

IRON MOUNTAIN
P.O. BOX 27128
NEW YORK NY 10087-7128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Cosmed Group, Inc.** | | Case number (if known) | **24-90573** |
|---|---|---|---|---|
| | Name | | | |

| | | | | **Amount of claim** |
|---|---|---|---|---|

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$85.00**

ISLAND RUBBISH SERVICE, INC
8 SWINBURNE STREET
JAMESTOWN RI 02835

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

ISOMEDIX OPERATIONS, INC.
C/O JONES DAY
ATTN: PHILIP M. OLISS
901 LAKESIDE AVENUE
CLEVELAND OH 44114

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>INDEMNIFICATION CLAIMS RELATED TO ETO LITIGATION</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

IUVO BIOSCIENCE OPERATIONS, LLC
C/O MANKO, GOLD, KATCHER & FOX, LLP
ATTN: DIANA A. SILVA
THREE BALA PLAZA EAST
SUITE 700
CYNWYD PA 19004

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>INDEMNIFICATION CLAIMS RELATED TO ETO LITIGATION</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

IUVO BIOSCIENCE-ERIE, LLC
C/O MANKO, GOLD, KATCHER & FOX, LLP
ATTN: DIANA A. SILVA
THREE BALA PLAZA EAST
SUITE 700
CYNWYD PA 19004

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>INDEMNIFICATION CLAIMS RELATED TO ETO LITIGATION</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | **$594.73**

J.T.RYERSON & SON, INC.
P.O. BOX 29953
NEW YORK NY 10087-9953

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Cosmed Group, Inc.** | | Case number (if known) | 24-90573 |
|---|---|---|---|---|
| | Name | | | |

| | | | Amount of claim |
|---|---|---|---|

**3.36** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$596.25**

JEEPER SWEEPERS SERVICES
111 7TH STREET
CORRY PA 16407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.37** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,819.20**

JERSEY CENTRAL POWER & LIGHT
PO BOX 371422
PITTSBURGH PA 15250-7422

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.38** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,162.34**

JOHNSON CONTROLS SECURITY SOLU
19625 62ND AVE S
KENT WA 98032

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,933.50**

LEXAMED
705 FRONT STREET
TOLEDO OH 43605

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$338.24**

LEYBOLD USA, INC.
DEPT CH 17723
PALATINE IL 60055-7723

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

Debtor **Cosmed Group, Inc.** _____ Case number (if known) **24-90573**
Name

| | | Amount of claim |
|---|---|---|

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$7,255.14** |
|---|---|---|---|

LINDE INC.
PO BOX 417518
BOSTON MA 02241-7518

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$520.00** |
|---|---|---|---|

MADGETECH, INC.
6 WARNER RD
WARNER NH 03278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$12,644.74** |
|---|---|---|---|

MATHESON TRI-GAS INC.
909 LAKE CAROLYN PKWY
IRVING TX 75039

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,326.53** |
|---|---|---|---|

MCMASTER-CARR SUPPLY
P.O. BOX 7690
CHICAGO IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **UNDETERMINED** |
|---|---|---|---|

MEDLINE INDUSTRIES, INC.
C/O JOHNSON & BELL, LTD
ATTN: H. PATRICK MORRIS
33 W. MONROE ST
STE 2700
CHICAGO IL 60603

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>INDEMNIFICATION CLAIMS RELATED TO ETO LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

Debtor **Cosmed Group, Inc.** ————————————————— Case number (if known) **24-90573**

Name

| | | Amount of claim |
|---|---|---|

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $4,999.87 |

MH EQUIPMENT
PO BOX 854469
MINNEAPOLIS MN 55485-4469

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $16,217.74 |

MONTROSE AIR QUALITY SERVICES, LLC
30 MONROE DR
PELHAM AL 35124-6152

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | UNDETERMINED |

MOOG, INC.
C/O MANKO, GOLD, KATCHER & FOX, LLP
ATTN: DIANA A. SILVA
THREE BALA PLAZA EAST
SUITE 700
CYNWYD PA 19004

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>INDEMNIFICATION CLAIMS RELATED TO ETO LITIGATION</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $4,273.70 |

MSC INDUSTRIAL SUPPLY CO.
PO BOX 953635
SAINT LOUIS MO 63195-3635

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | UNDETERMINED |

NA VENTURES LLC
28 NARRAGANSETT AVE.
JAMESTOWN RI 02835

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:** <u>INTERCOMPANY PAYABLE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Cosmed Group, Inc.** | | Case number (if known) | **24-90573** |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | Amount of claim |
| --- | --- | --- | --- |

**3.51** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$1,360.55**

NATIONAL FUEL
P.O. BOX 371835
PITTSBURGH PA 15250-7835

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.52** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$227.00**

NATIONAL VISION
SAFETY EYEWEAR DEPT
2435 COMMERCE AVENUE, BLDG 2200
DULUTH GA 30096-0000

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$760.08**

NEW JERSEY AMERICAN WATER
P.O. BOX 371331
PITTSBURGH PA 15250-7331

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$385.84**

NEWARK CORPORATION
33190 COLLECTION CENTER DRIVE
CHICAGO IL 60693-0331

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,092.00**

NEXT GEN DELIVERY, INC.
2448 UNION ROAD
CHEEKTOWAGA NY 14227

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ☑ No ☐ Yes

Debtor  **Cosmed Group, Inc.**
_____  Case number (if known) **24-90573**
Name

|  | Amount of claim |
|---|---|

**3.56** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$335.95** |

NORWOOD AUTO PARTS
975 S. ELMORA AVENUE
ELIZABETH NJ 07202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$14,083.94** |

NRG BUSINESS MARKETING
910 LOUISIANA ST.
HOUSTON TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$4,422.00** |

OCCUPATIONAL HEALTH CENTERS OF
PO BOX 8750
ELKRIDGE MD 21075-8750

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$249.93** |

OMEGA ENGINEERING, INC.
26904 NETWORK PLACE
CHICAGO IL 60673-1269

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | **$5,177.03** |

PENELEC
2800 POTTSVILLE PIKE
AKRON OH 44308

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** VARIOUS

**Basis for the claim:** TRADE

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

| Debtor | **Cosmed Group, Inc.** | Case number (if known) | 24-90573 |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|

**3.61**

**Nonpriority creditor's name and mailing address**

PERSONNEL CONCEPTS
3031 N ROCKY POINTE W
SUITE 600
TAMPA FL 33607

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$294.84**

---

**3.62**

**Nonpriority creditor's name and mailing address**

PROGRESSIVE HYDRAULICS, INC.
22 AUBREY PLACE
FAIRFIELD NJ 07004-3416

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$3,064.18**

---

**3.63**

**Nonpriority creditor's name and mailing address**

PROGRESSIVE PACKAGING
P.O. BOX 405
PINE BROOK NJ 07058

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$4,279.60**

---

**3.64**

**Nonpriority creditor's name and mailing address**

PUBLIC SERVICE ELECTRIC AND GA
80 PARK PLAZA
NEWARK NJ 07102

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$651.30**

---

**3.65**

**Nonpriority creditor's name and mailing address**

QUILL CORPORATION
300 TRI STATE INTERNATIONAL DRIVE
SUITE 300
LINCOLNSHIRE IL 60069

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** <u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

**$527.03**

---

Debtor **Cosmed Group, Inc.** _____ Case number (if known) **24-90573**
　　　Name

|  | Amount of claim |
|---|---|

**3.66** **Nonpriority creditor's name and mailing address**

RAYMOND OF NEW JERSEY, LLC
1000 BRIGHTON STREET
UNION NJ 07083

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ■ No ☐ Yes

**$1,891.44**

---

**3.67** **Nonpriority creditor's name and mailing address**

READY REFRESH
P.O. BOX 856192
LOUISVILLE KY 40285-6192

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ■ No ☐ Yes

**$132.75**

---

**3.68** **Nonpriority creditor's name and mailing address**

RHODE ISLAND ENERGY
280 MELROSE ST
PROVIDENCE RI 02907

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ■ No ☐ Yes

**$533.19**

---

**3.69** **Nonpriority creditor's name and mailing address**

SHERWIN-WILLAMS CO.
PO BOX 412746
BOSTON MA 02241-2746

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ■ No ☐ Yes

**$184.01**

---

**3.70** **Nonpriority creditor's name and mailing address**

SOS GASES INC.
P.O. BOX 606
KEARNY NJ 07032

**Date(s) debt was incurred** VARIOUS

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** TRADE

**Is the claim subject to offset?** ■ No ☐ Yes

**$393.48**

---

Debtor __Cosmed Group, Inc._____ Case number (if known) __24-90573__

Name

| | | Amount of claim |
|---|---|---|

**3.71a** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$354.17**

STAPLES BUSINESS CREDIT
ATTN: FSSC
500 STAPLES DRIVE
FRAMINGHAM MA 07102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

Basis for the claim:<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$125.08**

STERICYCLE, INC.
2355 WAUKEGAN ROAD
BANNOCKBURN IL 60015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

Basis for the claim:<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$6,343.04**

STERIS CORPORATION
PO BOX 644063
PITTSBURGH PA 15264-4063

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

Basis for the claim:<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **$2,932.19**

SUPERIOR CENTRAL BOILER
301 N. MAIN STREET, STE. 1206
WINSTON-SALEM NC 27101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

Basis for the claim:<u>TRADE</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply | **UNDETERMINED**

TARTAN HOLDINGS, LLC
C/O MANKO, GOLD, KATCHER & FOX, LLP
ATTN: DIANA A. SILVA
THREE BALA PLAZA EAST
SUITE 700
CYNWYD PA 19004

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Last 4 digits of account number**

Basis for the claim:<u>INDEMNIFICATION CLAIMS RELATED TO ETO LITIGATION</u>

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Cosmed Group, Inc.** | Case number (if known) | **24-90573** |
|---|---|---|---|
| | Name | | |

| | | **Amount of claim** |
|---|---|---|

**3.76** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$1,521.45

THE AL XANDER COMPANY, INC.
36 EAST SOUTH STREET
CORRY PA 16407

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.77** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$162.11

TOSHIBA FINANCIAL SERVICES
PO BOX 070241
PHILADELPHIA PA 19176-0241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.78** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$243.30

TRANSCAT
35 VANTAGE POINT DRIVE
ROCHESTER NY 14624

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.79** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$443.56

TRI-LIFT NJ
1471 JERSEY AVENUE
NORTH BRUNSWICK NJ 08902

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.80** **Nonpriority creditor's name and mailing address**

As of the petition filing date, the claim is: Check all that apply

$651.11

ULINE
ATTN: ACCOUNTS PAYABLE
PO BOX 88741
CHICAGO IL 60680-1741

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

| Debtor | **Cosmed Group, Inc.** | Case number (if known) | **24-90573** |
|---|---|---|---|
| | Name | | |

| | | | Amount of claim |
|---|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address**<br><br>UNIFIRST CORPORATION<br>PO BOX 650481<br>DALLAS TX 75265-0481 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,397.62 |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.82 | **Nonpriority creditor's name and mailing address**<br><br>UPS<br>55 GLENLAKE PARKWAY<br>NE<br>ATLANTA GA 30328 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $664.79 |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.83 | **Nonpriority creditor's name and mailing address**<br><br>VANTAGE SPECIALTY CHEMICALS, INC.<br>C/O KIRKLAND & ELLIS LLP<br>ATTN: BRENTON ROGERS<br>333 WEST WOLF POINT PLAZA<br>CHICAGO IL 60654 | **As of the petition filing date, the claim is:** Check all that apply<br><br>■ Contingent<br>■ Unliquidated<br>■ Disputed | UNDETERMINED |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>INDEMNIFICATION CLAIMS RELATED TO ETO LITIGATION</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.84 | **Nonpriority creditor's name and mailing address**<br><br>VERIZON<br>PO BOX 15062<br>ALBANY NY 12212-5062 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $803.11 |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |
| 3.85 | **Nonpriority creditor's name and mailing address**<br><br>VERNON LAWN CARE LLC<br>1790 GUMTREE RD<br>WINSTON-SALEM NC 27107 | **As of the petition filing date, the claim is:** Check all that apply<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $517.13 |
| | **Date(s) debt was incurred** <u>VARIOUS</u> | **Basis for the claim:** <u>TRADE</u> | |
| | **Last 4 digits of account number** | **Is the claim subject to offset?** ■ No ☐ Yes | |

Debtor  **Cosmed Group, Inc.** _____ Case number (if known) __24-90573__

Name

|  |  | Amount of claim |
|---|---|---|

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $1,347.31

VIKING PEST CONTROL
PO BOX 158
LIBERTY CORNER NJ 07938-0158

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $3,254.60

WASTE MANAGEMENT
P.O. BOX 13648
PHILADELPHIA PA 19101-3648

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $551.24

WESTERN PEST SERVICES
905 ROUTE 10
RANDOLPH NJ 07869-1917

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $433.97

WINDSTREAM ENTERPRISE
PO BOX 9001013
LOUISVILLE KY 40290-1013

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply | $5,354.43

WM. T. SPAEDER CO., INC.
1602 E 18TH ST
ERIE PA 16510

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>

**Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**

**Is the claim subject to offset?** ■ No ☐ Yes

---

Debtor   **Cosmed Group, Inc.**                                                    Case number (if known)   24-90573

Name

| | Amount of claim |
|---|---|

3.91   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply          **$3,433.59**

☐ Contingent

ZINKAN ENTERPRISES, INC.          ☐ Unliquidated
1919 CASE PARKWAY NORTH
TWINSBURG OH 44087          ☐ Disputed

**Date(s) debt was incurred** <u>VARIOUS</u>          **Basis for the claim:**<u>TRADE</u>

**Last 4 digits of account number**          **Is the claim subject to offset?**   ■ No   ☐ Yes

Debtor    **Cosmed Group, Inc.**                                                    Case number (if known)   **24-90573**

Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed ? | Last 4 digits of account number, if any |
|--------------------------|----------------------------------------------------------------------------|------------------------------------------|

Debtor   **Cosmed Group, Inc.** _____   Case number (if known)   **24-90573** _____

Name

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | **Undetermined** |
| **5b. Total claims from Part 2** | 5b. + $ | **261,726.34** plus undetermined amounts |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | **261,726.34** plus undetermined amounts |

**Fill in this information to identify the case:**

Debtor name          **Cosmed Group, Inc.**

United States Bankruptcy Court for the:          **Southern District of Texas (Houston)**

Case number (if known)          **24-90573**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

■ Yes. Fill in all of the information below even if the contacts of leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT DTD 04/01/18 | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NAME ON FILE<br>ADDRESS ON FILE |

Debtor    **Cosmed Group, Inc.**                                          Case number (if known)   24-90573
          Name

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 01/25/19 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |

| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | JANITORIAL SERVICES | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | AMAZING CLEANING |
| | **List the contract number of any government contract** | | 619 CANISTEAR ROAD HIGHLAND LAKES NJ 07422 |

| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 10-3-24 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |

| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 03/20/20 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |

| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |

Debtor  **Cosmed Group, Inc.**      Case number (if known) **24-90573**

Name

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT DTD 10/10/17 | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NAME ON FILE ADDRESS ON FILE |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT DTD 09/13/19 | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NAME ON FILE ADDRESS ON FILE |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLY AGREEMENT | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | BALCHEM CORPORATION C/O ARC SPECIALTY PRODUCTS 52 SUNRISE PARK ROAD PO BOX 600 NEW HAMPTON NY 10958 |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NAME ON FILE ADDRESS ON FILE |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACTAMENDED 10-25 -23 | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NAME ON FILE ADDRESS ON FILE |

| Debtor | **Cosmed Group, Inc.** | | Case number (if known) | **24-90573** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.14 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 12/9/2019 AMENDED | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| 2.15 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 04/04/19 | |
|---|---|---|---|
| | **State the term remaining** | 12/31/2025 | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| 2.16 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 10-14-21AMENDED 12-1-20 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 10-19-24 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 2-24-23 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| Debtor | **Cosmed Group, Inc.** | | Case number (if known) | **24-90573** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | GARBAGE SERVICES | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | BLUE DIAMOND<br>PO BOX 267<br>SUCCASUNNA NJ 07876 |

| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | TELEPHONE AND INTERNET SERVICE | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | BOLDYN NETWORKS INFRASTRUCTURE US LLC<br>1400 BROADWAY<br>FLOOR 17<br>NEW YORK NY 10018 |

| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 05/17/19 | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | PHOTOCOPIER LEASE | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | CANON<br>14904 COLLECTIONS CENTER DRIVE<br>CHICAGO IL 60693 |

Debtor   **Cosmed Group, Inc.**                                              Case number (if known)   24-90573
　　　　　Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT DTD 08/28/18 | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NAME ON FILE ADDRESS ON FILE |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NAME ON FILE ADDRESS ON FILE |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT DTD 11/15/17 | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NAME ON FILE ADDRESS ON FILE |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT DTD 05/17/18 | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NAME ON FILE ADDRESS ON FILE |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NAME ON FILE ADDRESS ON FILE |

| Debtor | **Cosmed Group, Inc.** | | Case number (if known) | 24-90573 |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDING LEASE - 2500 BRUNSWICK AVE., LINDEN, NJ | |
| | **State the term remaining** | 40 MONTHS | |
| | **List the contract number of any government contract** | | CHS PROPERTY DEVELOPMENT LLC<br>CHS PROPERTY DEVELOPMENT LLC<br>C/O GOLDBERG SEGALLA LLP<br>1037 RAYMOND BOULEVARD<br>SUITE 1010<br>NEWARK NJ 07102 |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 12/12/17 | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | COMCAST BUSINESS<br>PO BOX 70219<br>PHILADELPHIA PA 19176-0219 |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRE ALARM/INSPECTION SERVICES | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | CONFIRES FIRE PROTECTION SERVICES<br>910 OAK TREE ROAD<br>SOUTH PLAINFIELD NJ 07080 |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

Debtor   **Cosmed Group, Inc.**                                    Case number (if known)   **24-90573**
        Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 11/08/18 | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |
| 2.35 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 8-18-23 | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |
| 2.36 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 7-1-21 | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |
| 2.37 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 8-6-24CONCENT - 10-10-24 WORK WITH BUYER OF BUSINESS | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |
| 2.38 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 1-29-24 | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |

| Debtor | **Cosmed Group, Inc.** | Case number (if known) | **24-90573** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| 2.40 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | ELIZABETHTOWN GAS<br>PO BOX 11811<br>NEWARK NJ 07101-8111 |

| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 9-20-24 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | NATURAL GAS AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 05/31/2026 | |
| | **List the contract number of any government contract** | | ENERGO POWER & GAS<br>100 ELWOOD DAVIS RD<br>SYRACUSE NY 13212 |

| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 11/26/17 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

Debtor    **Cosmed Group, Inc.**                                            Case number (if known)    24-90573
                    Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 03/23/18 | |
| | **State the term remaining** | ONGOING | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 4-31-21 | |
| | **State the term remaining** | ONGOING | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
| | **State the term remaining** | ONGOING | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 06/01/17 | |
| | **State the term remaining** | ONGOING | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.48 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 01/16/18 | |
| | **State the term remaining** | ONGOING | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |

| Debtor | **Cosmed Group, Inc.** | Case number (if known) | **24-90573** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.49 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 06/15/23 | |
|---|---|---|---|
| | **State the term remaining** | 06/15/2025 | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |

| 2.50 | **State what the contract or lease is for and the nature of the debtor's interest** | SNOW REMOVAL AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 09/08/2025 | GERLACH'S PROPERY MAINTENANCE |
| | **List the contract number of any government contract** | | 3161 WEST 32ND STREET<br>ERIE PA 16506 |

| 2.51 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 20 MONTHS | GLOBAL STERILIZATION AND FUMIGATION, INC. |
| | **List the contract number of any government contract** | | 605 SOUTH WAYLAND AVENUE<br>SIOUX FALLS SD 57103 |

| 2.52 | **State what the contract or lease is for and the nature of the debtor's interest** | LICENSING AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 20 MONTHS | GLOBAL STERILIZATION AND FUMIGATION, INC. |
| | **List the contract number of any government contract** | | 800 E. GLENDALE AVENUE<br>SPARKS NV 89143 |

| 2.53 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 04/03/20 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |

| Debtor | **Cosmed Group, Inc.** | Case number (if known) | **24-90573** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.54 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT2ND AMENDMENT 2-10-23AMENDED 11-4-20 | |
| | **State the term remaining** | ONGOING | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |
| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
| | **State the term remaining** | ONGOING | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |
| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
| | **State the term remaining** | ONGOING | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |
| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 01/18/21 | |
| | **State the term remaining** | ONGOING | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |
| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | FOOD MANAGEMENT SYSTEMS CERTIFICATION | |
| | **State the term remaining** | ONGOING | INTERTEK SAI GLOBAL |
| | **List the contract number of any government contract** | | PO BOX 7407503 CHICAGO IL 60674-7503 |

| Debtor | Cosmed Group, Inc. | Case number (if known) | 24-90573 |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 04/15/24 | |
|---|---|---|---|
| | **State the term remaining** | 04/15/2027 | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |

| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |

| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRE ALARM/INSPECTION SERVICES | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | JOHNSON CONTROL 930 NORTH RIVERVIEW DRIVE TOTOWA NJ 07512 |
| | **List the contract number of any government contract** | | |

| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | SECURITY SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 02/09/2026 | JOHNSON CONTROLS 3120 UNIONVILLE RD. CRANBERRY TWP PA 16066 |
| | **List the contract number of any government contract** | | |

| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | FIRE ALARM/INSPECTION SERVICES AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | 02/09/2026 | JOHNSON CONTROLS 3120 UNIONVILLE RD. CRANBERRY TWP PA 16066 |
| | **List the contract number of any government contract** | | |

Debtor    **Cosmed Group, Inc.**      Case number (if known)    **24-90573**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 12-5-22AMENDED 4-8-24 | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |
| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | BUILDING LEASE - 19 PARK DRIVE, FRANKLIN, NJ | |
| | **State the term remaining** | 118 MONTHS | |
| | **List the contract number of any government contract** | | KAW, L.L.C. 535 ROUTE 6 & 209 MILFORD PA 18337 |
| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 3-2-23 | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |
| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 05/04/20 | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |
| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |

| Debtor | **Cosmed Group, Inc.** | | Case number (if known) | **24-90573** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 5-6-21AMENDED 7-27-22 | |
| | **State the term remaining** | ONGOING | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | MOTOR VEHICLE LEASE AGREEMENT DTD 3/15/24 | |
| | **State the term remaining** | 19 MONTHS | LICCARDI FORD 1615 ROUTE 22 WATCHUNG NJ 07069 |
| | **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | MOTOR VEHICLE LEASE AGREEMENT DTD 9/12/24 | |
| | **State the term remaining** | 33 MONTHS | LICCARDI FORD 1615 ROUTE 22 WATCHUNG NJ 07069 |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 03/13/19 | |
| | **State the term remaining** | ONGOING | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 04/20/20 | |
| | **State the term remaining** | ONGOING | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |

| Debtor | **Cosmed Group, Inc.** | | Case number (if known) | **24-90573** |
|---|---|---|---|---|
| | Name | | | |

| 2. List all contracts and unexpired leases | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 10/13/17 | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 3-21-23 | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.76 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTERCONTROL SAAS SERVICE AGREEMENT | |
| | **State the term remaining** | 02/09/2026 | |
| | **List the contract number of any government contract** | | MASTER CONTROL<br>ATTN DAVID EDWARDS<br>6350 SOUTH EAST<br>SALT LAKE CITY UT 84121 |
| 2.77 | **State what the contract or lease is for and the nature of the debtor's interest** | VENDOR/SUPPLIER AGREEMENT | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | MATHESON TRI--GAS<br>909 LAKE CAROLYN PARKWAY; SUITE 1300<br>IRVING TX 75039 |
| 2.78 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| Debtor | **Cosmed Group, Inc.** | | Case number (if known) | 24-90573 |
| --- | --- | --- | --- | --- |
| | Name | | | |

| **2. List all contracts and unexpired leases** | | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- | --- |
| 2.79 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT2ND AMENDMENT 2-10-233RD AMENDMENT 8-15-23 | |
| | **State the term remaining** | ONGOING | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.80 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 10/01/18 | |
| | **State the term remaining** | ONGOING | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.81 | **State what the contract or lease is for and the nature of the debtor's interest** | MOTOR VEHICLE LEASE AGREEMENT | |
| | **State the term remaining** | 20 MONTHS | MERCEDES BENZ OF WARWICK 1557 BALD HILL ROAD WARWICK RI 02886 |
| | **List the contract number of any government contract** | | |
| 2.82 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
| | **State the term remaining** | ONGOING | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.83 | **State what the contract or lease is for and the nature of the debtor's interest** | TELEPHONE SYSTEM | |
| | **State the term remaining** | ONGOING | MITEL RINGCENTRAL, INC. PO BOX 734232 DALLAS TX 75373-4232 |
| | **List the contract number of any government contract** | | |

Debtor   **Cosmed Group, Inc.** _____ Case number (if known) **24-90573**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT DTD 01/30/18 | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NAME ON FILE ADDRESS ON FILE |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT DTD 02/19/18 | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NAME ON FILE ADDRESS ON FILE |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NAME ON FILE ADDRESS ON FILE |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT DTD 01/17/20 | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NAME ON FILE ADDRESS ON FILE |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | |
| | State the term remaining | ONGOING | |
| | List the contract number of any government contract | | NJ AMERICAN WATER 1709 UNION AVE HAZLET NJ 07730 |

| Debtor | **Cosmed Group, Inc.** | Case number (if known) | **24-90573** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.89 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 06/26/18 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |

| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |

| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | NATURAL GASS | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NRG BUSINESS MARKETING, LLC 804 CARNEGIE CENTER PRINCETON NJ 08540 |

| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 11/14/17 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |

| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 01/31/24 | |
|---|---|---|---|
| | **State the term remaining** | 01/31/2027 | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |

| Debtor | **Cosmed Group, Inc.** | Case number (if known) | **24-90573** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACTS | |
|---|---|---|---|
| | **State the term remaining** | 03/11/2025 | |
| | **List the contract number of any government contract** | | PACE ANALYTICAL SERVICES<br>1638 ROSEYTOWN RD.. UITE 2,2, &4<br>GREENBURG PA 15601 |

| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 02/20/20 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| 2.97 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 06/08/18 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| 2.98 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

Debtor **Cosmed Group, Inc.**      Case number (if known) **24-90573**

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.99 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 09/25/19 | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.100 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 6-16-21AMENDED 11-16-22AMENDED 3-4-24 | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.101 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | PSE& G (ELECTRIC)<br>501 HIGH ST<br>BURLINGTON NJ 08016-4503 |
| 2.102 | **State what the contract or lease is for and the nature of the debtor's interest** | OPERATIONAL MACHINES & SERVICES | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | PURECEMS<br>20 MORGAN DRIVE<br>SUSSEX NJ 07461 |
| 2.103 | **State what the contract or lease is for and the nature of the debtor's interest** | FORKLIFT LEASE AGREEMENT | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | RAYMOND OF NEW JERSEY, LLC<br>1000 BRIGHTON ST.<br>UNION NJ 07083 |

| Debtor | **Cosmed Group, Inc.** | | Case number (if known) | **24-90573** |
|---|---|---|---|---|
| | Name | | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.104 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT | |
|---|---|---|---|
| | State the term remaining | ONGOING | NAME ON FILE |
| | List the contract number of any government contract | | ADDRESS ON FILE |

| 2.105 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT DTD 02/27/23 | |
|---|---|---|---|
| | State the term remaining | 02/27/2026 | NAME ON FILE |
| | List the contract number of any government contract | | ADDRESS ON FILE |

| 2.106 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT | |
|---|---|---|---|
| | State the term remaining | ONGOING | NAME ON FILE |
| | List the contract number of any government contract | | ADDRESS ON FILE |

| 2.107 | State what the contract or lease is for and the nature of the debtor's interest | TELEPHONE SYSTEM | |
|---|---|---|---|
| | State the term remaining | 32 MONTHS | RINGCENTRAL |
| | List the contract number of any government contract | | 20 DAVIS DRIVE BELMONT CA 94002 |

| 2.108 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT | |
|---|---|---|---|
| | State the term remaining | ONGOING | NAME ON FILE |
| | List the contract number of any government contract | | ADDRESS ON FILE |

Debtor __Cosmed Group, Inc._____ Case number (if known) __24-90573__
       Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 4-3-24 | |
| | **State the term remaining** | ONGOING | |
| | | | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
| | **State the term remaining** | ONGOING | |
| | | | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.111 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
| | **State the term remaining** | ONGOING | |
| | | | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.112 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
| | **State the term remaining** | ONGOING | |
| | | | NAME ON FILE ADDRESS ON FILE |
| | **List the contract number of any government contract** | | |
| 2.113 | **State what the contract or lease is for and the nature of the debtor's interest** | TELEPHONE AND INTERNET SERVICE AGREEMENT | |
| | **State the term remaining** | ONGOING | |
| | | | SPECTRUM BUSINESS 4145 S. FALKENBURG RD. RIVERVIEW FL 33578 |
| | **List the contract number of any government contract** | | |

| Debtor | **Cosmed Group, Inc.** | Case number (if known) | **24-90573** |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.114 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICE CONTRACT PAPER SHREDDING | |
| | **State the term remaining** | ONGOING | STERICYCLE/SHRED-IT |
| | **List the contract number of any government contract** | | 28883 NETWORK PLACE CHICAGO IL 60673 |
| 2.115 | **State what the contract or lease is for and the nature of the debtor's interest** | CHAMBER SUPPLY AGREEMENT | |
| | **State the term remaining** | ONGOING | STERIS CORPORATION DE REPUBLICA DOMINICANA, S.R. L. C/O STERIS |
| | **List the contract number of any government contract** | | 5960 HEISLEY ROAD MENTO OH 44060 |
| 2.116 | **State what the contract or lease is for and the nature of the debtor's interest** | NEWMAN, CA BUILDING LEASE | |
| | **State the term remaining** | 60 MONTHS | STEWART & JASPER ORCHARDS |
| | **List the contract number of any government contract** | | 3500 SHIELLS ROAD NEWMAN CA 95360 |
| 2.117 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 09/12/18 | |
| | **State the term remaining** | ONGOING | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |
| 2.118 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 02/07/22 | |
| | **State the term remaining** | ONGOING | NAME ON FILE |
| | **List the contract number of any government contract** | | ADDRESS ON FILE |

| Debtor | **Cosmed Group, Inc.** | Case number (if known) | **24-90573** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.119 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 8-3-21 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |

| 2.120 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 01/23/18 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |

| 2.121 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT3RD AMENDMENT 4-18-23 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |

| 2.122 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 1-4-24 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |

| 2.123 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 6-11-20AMENDED 7-31-24AMENDED 9-12-24 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE ADDRESS ON FILE |

| Debtor | **Cosmed Group, Inc.** | Case number (if known) | 24-90573 |
|---|---|---|---|
| | Name | | |

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|

| 2.124 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| 2.125 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 8-26-21 | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |

| 2.126 | **State what the contract or lease is for and the nature of the debtor's interest** | COPIERS/PRINTERS AGREEMENT | |
|---|---|---|---|
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | TOSHEBIA<br>P.O. BOX 070241<br>PHILADELPHIA PA 19176-0241 |

| 2.127 | **State what the contract or lease is for and the nature of the debtor's interest** | COPIER LEASE | |
|---|---|---|---|
| | **State the term remaining** | 58 MONTHS | |
| | **List the contract number of any government contract** | | TOSHIBA BUSINESS SOLUTIONS<br>900 US HIGHWAY 9 N STE 107<br>WOODBRIDGE NJ 07095 |

| 2.128 | **State what the contract or lease is for and the nature of the debtor's interest** | AIR CONDITIONING | |
|---|---|---|---|
| | **State the term remaining** | 2 MONTHS | |
| | **List the contract number of any government contract** | | TRANE<br>19 CHAPIN ROAD<br>BUILDING B<br>SUITE 200<br>PINE BROOK NJ 07858 |

Debtor   **Cosmed Group, Inc.**                                     Case number (if known)   24-90573

Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACTAMENDED 10-16-19 | |
| | State the term remaining | ONGOING | NAME ON FILE |
| | List the contract number of any government contract | | ADDRESS ON FILE |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT DTD 07/14/20 | |
| | State the term remaining | ONGOING | NAME ON FILE |
| | List the contract number of any government contract | | ADDRESS ON FILE |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | CUSTOMER CONTRACT | |
| | State the term remaining | ONGOING | NAME ON FILE |
| | List the contract number of any government contract | | ADDRESS ON FILE |
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | CELL PHONE AGREEMENT | |
| | State the term remaining | ONGOING | VERIZON BUSINESS |
| | List the contract number of any government contract | | PO BOX 489 NEWARK NJ 07101-0489 |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY SERVICES | |
| | State the term remaining | 24 MONTHS | VERNON LAWN CARE |
| | List the contract number of any government contract | | PO BOX 57 HIGHLAND LAKES NJ 07422 |

| Debtor | **Cosmed Group, Inc.** | Case number (if known) | **24-90573** |
|---|---|---|---|
| | Name | | |

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.134 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 12-26-19AMENDED 3-14-24 | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.135 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.136 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 11/08/17 | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | NAME ON FILE<br>ADDRESS ON FILE |
| 2.137 | **State what the contract or lease is for and the nature of the debtor's interest** | GARBAGE AND RECYCLING REMOVAL AGREEMENT | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | WASTE MANAGEMENT<br>PO BOX 13468<br>PHILDELPIA PA 19101-0364 |
| 2.138 | **State what the contract or lease is for and the nature of the debtor's interest** | MAINTENANCE /JANITORIAL SERVICES AGREEMENT | |
| | **State the term remaining** | ONGOING | |
| | **List the contract number of any government contract** | | WASTE MANAGEMENT OF PA<br>P.O. BOX 3020<br>MONROE WI 53566-8320 |

Debtor    **Cosmed Group, Inc.**                                    Case number (if known)   24-90573
        Name

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.139 | **State what the contract or lease is for and the nature of the debtor's interest** | PEST CONTROL |
| | **State the term remaining** | ONGOING |
| | **List the contract number of any government contract** | WESTERN PEST<br>905 STATE ROUTE 10<br>RANDOLPH NJ 07869 |
| 2.140 | **State what the contract or lease is for and the nature of the debtor's interest** | HVAC AND BOILER MAINTENANCE AGREEMENT |
| | **State the term remaining** | ONGOING |
| | **List the contract number of any government contract** | WM T. SPAEDER<br>1602 EAST 18TH STREET<br>EERIE PA 16514 |
| 2.141 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 02/26/20 |
| | **State the term remaining** | ONGOING |
| | **List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |
| 2.142 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACT DTD 01/01/18 |
| | **State the term remaining** | ONGOING |
| | **List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |
| 2.143 | **State what the contract or lease is for and the nature of the debtor's interest** | CUSTOMER CONTRACTAMENDED 6-4-203RD AMENDMENT 7-28-23 |
| | **State the term remaining** | ONGOING |
| | **List the contract number of any government contract** | NAME ON FILE<br>ADDRESS ON FILE |

**Fill in this information to identify the case:**

Debtor name    **Cosmed Group, Inc.**

United States Bankruptcy Court for the:    **Southern District of Texas (Houston)**

Case number (if known)    **24-90573**

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   MICHAEL L. HOWE | C/O HOWLEY LAW PLLC<br>ATTN: TOM HOWLEY<br>700 LOUISIANA STREET<br>SUITE 4545<br>HOUSTON TX 77002 | WASHINGTON TRUST COMPANY | ☑ D   2.6<br>☐ E/F<br>☐ G |
| 2.2   NA VENTURES LLC | 28 NARRAGANSETT AVE.<br>JAMESTOWN RI 02835 | WASHINGTON TRUST COMPANY | ☑ D   2.6<br>☐ E/F<br>☐ G |
| 2.3   SPICEY PARTNERS REAL ESTATE HOLDINGS, LLC | 28 NARRAGANSETT AVE.<br>JAMESTOWN RI 02835 | WASHINGTON TRUST COMPANY | ☑ D   2.6<br>☐ E/F<br>☐ G |
| 2.4   STERILIZATION AND FUMIGATION SERVICES, INC. | 28 NARRAGANSETT AVE.<br>JAMESTOWN RI 02835 | WASHINGTON TRUST COMPANY | ☑ D   2.6<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Cosmed Group, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF TEXAS (HOUSTON)

Case number (if known)   **24-90573**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and Signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration   Schedule 1 ETO Claimants

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 30, 2024**        x **/s/ David G. Howe**
_____
Signature of individual signing on behalf of the debtor

**David G. Howe**
_____
Printed name

**Chief Operating Officer**
_____
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# Schedule 1

# ETO Claimants

| First Name | Last Name | Indicate if claim is contingent, unliquidated, or disputed | Phone | Email | Address |
|---|---|---|---|---|---|
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| P. | Bennett | Contingent/Unliquidated/Disputed | (312) 589-6370 | tlogan@edelson.com | c/o Edelson P.C., Attn: Todd Logan, 150 California Street, 18th Floor, San Francisco, CA 94111 |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| H. | Bolden | Contingent/Unliquidated/Disputed | (312) 589-6370 | tlogan@edelson.com | c/o Edelson P.C., Attn: Todd Logan, 150 California Street, 18th Floor, San Francisco, CA 94111 |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |

| First Name | Last Name | Indicate if claim is contingent, unliquidated, or disputed | Phone | Email | Address |
|---|---|---|---|---|---|
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |

| First Name | Last Name | Indicate if claim is contingent, unliquidated, or disputed | Phone | Email | Address |
|---|---|---|---|---|---|
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| D. | Durling | Contingent/Unliquidated/Disputed | (312) 589-6370 | tlogan@edelson.com | c/o Edelson P.C., Attn: Todd Logan, 150 California Street, 18th Floor, San Francisco, CA 94111 |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| P. | Garcia | Contingent/Unliquidated/Disputed | (312) 589-6370 | tlogan@edelson.com | c/o Edelson P.C., Attn: Todd Logan, 150 California Street, 18th Floor, San Francisco, CA 94111 |

| First Name | Last Name | Indicate if claim is contingent, unliquidated, or disputed | Phone | Email | Address |
|---|---|---|---|---|---|
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| R. | Hacke | Contingent/Unliquidated/Disputed | (312) 589-6370 | tlogan@edelson.com | c/o Edelson P.C., Attn: Todd Logan, 150 California Street, 18th Floor, San Francisco, CA 94111 |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| V. | Howe-Orusa | Contingent/Unliquidated/Disputed | (312) 589-6370 | tlogan@edelson.com | c/o Edelson P.C., Attn: Todd Logan, 150 California Street, 18th Floor, San Francisco, CA 94111 |

| First Name | Last Name | Indicate if claim is contingent, unliquidated, or disputed | Phone | Email | Address |
|---|---|---|---|---|---|
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| P. | Knobbe | Contingent/Unliquidated/Disputed | (312) 589-6370 | tlogan@edelson.com | c/o Edelson P.C., Attn: Todd Logan, 150 California Street, 18th Floor, San Francisco, CA 94111 |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |

| First Name | Last Name | Indicate if claim is contingent, unliquidated, or disputed | Phone | Email | Address |
|---|---|---|---|---|---|
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| James | Mayberry | Contingent/Unliquidated/Disputed | (312) 589-6370 | tlogan@edelson.com | c/o Edelson P.C., Attn: Todd Logan, 150 California Street, 18th Floor, San Francisco, CA 94111 |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |

| First Name | Last Name | Indicate if claim is contingent, unliquidated, or disputed | Phone | Email | Address |
|---|---|---|---|---|---|
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
| Donald | Miller | Contingent/Unliquidated/Disputed | (312) 589-6370 | tlogan@edelson.com | c/o Edelson P.C., Attn: Todd Logan, 150 California Street, 18th Floor, San Francisco, CA 94111 |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |
|  |  | Contingent/Unliquidated/Disputed |  |  |  |

| First Name | Last Name | Indicate if claim is contingent, unliquidated, or disputed | Phone | Email | Address |
|---|---|---|---|---|---|
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| H. | Phelps | Contingent/Unliquidated/Disputed | (312) 589-6370 | tlogan@edelson.com | c/o Edelson P.C., Attn: Todd Logan, 150 California Street, 18th Floor, San Francisco, CA 94111 |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |

| First Name | Last Name | Indicate if claim is contingent, unliquidated, or disputed | Phone | Email | Address |
|---|---|---|---|---|---|
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| K. | Rouse | Contingent/Unliquidated/Disputed | (312) 589-6370 | tlogan@edelson.com | c/o Edelson P.C., Attn: Todd Logan, 150 California Street, 18th Floor, San Francisco, CA 94111 |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| D. | Scheffler | Contingent/Unliquidated/Disputed | (312) 589-6370 | tlogan@edelson.com | c/o Edelson P.C., Attn: Todd Logan, 150 California Street, 18th Floor, San Francisco, CA 94111 |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| D. | Scott | Contingent/Unliquidated/Disputed | (312) 589-6370 | tlogan@edelson.com | c/o Edelson P.C., Attn: Todd Logan, 150 California Street, 18th Floor, San Francisco, CA 94111 |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |

| First Name | Last Name | Indicate if claim is contingent, unliquidated, or disputed | Phone | Email | Address |
|---|---|---|---|---|---|
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| D. | Stewart | Contingent/Unliquidated/Disputed | (312) 589-6370 | tlogan@edelson.com | c/o Edelson P.C., Attn: Todd Logan, 150 California Street, 18th Floor, San Francisco, CA 94111 |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| Paul | Vaitkus | Contingent/Unliquidated/Disputed | (312) 589-6370 | tlogan@edelson.com | c/o Edelson P.C., Attn: Todd Logan, 150 California Street, 18th Floor, San Francisco, CA 94111 |
| Kimberly | Vasquez | Contingent/Unliquidated/Disputed | (312) 589-6370 | tlogan@edelson.com | c/o Edelson P.C., Attn: Todd Logan, 150 California Street, 18th Floor, San Francisco, CA 94111 |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |

| First Name | Last Name | Indicate if claim is contingent, unliquidated, or disputed | Phone | Email | Address |
|---|---|---|---|---|---|
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| B. | Motley | Contingent/Unliquidated/Disputed | (919) 374-1971 | jfonda@napolilaw.com | c/o Napoli Shkolnik PLLC, Attn: John Fonda, 1213 Culbreth Dr., Suite 227, Wilmington, NC 28405 |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |
| John | Ventola | Contingent/Unliquidated/Disputed | (732) 747-9003 | cplacitella@cprlaw.com | c/o Chirstopher Placitella, Cohen Placitella & Roth, 127 Maple Avenue, Red Bank, NJ 07701 |
| Leanne | Morton | Contingent/Unliquidated/Disputed | (833) 271-4502 | hunter@nsprlaw.com | c/o Napoli Shkolnik PLLC, Attn: Hunter Shkolnik, 1302 Avenida Ponce de Leon, San Juan, PR 00907 |
| | | Contingent/Unliquidated/Disputed | | | |
| K. | Lefavier | Contingent/Unliquidated/Disputed | (267) 928-4183 | tom@tombosworthlaw.com | c/o Bosworth Law, Attn: Thomas E. Bosworth, 123 So. Broad Street, Suite 1100, Philadelphia, PA 19109 |
| | | Contingent/Unliquidated/Disputed | | | |
| | | Contingent/Unliquidated/Disputed | | | |