IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re:<br><br>SPICEY PARTNERS REAL<br>ESTATE HOLDINGS, LLC, *et al.*[1]<br><br>Debtors. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Chapter 11<br><br>Case No. 24-90572 (CML)<br><br>(Jointly Administered)<br><br>**Ref Docket No.** 176 |

### NOTICE OF HOURLY RATE CHANGE FOR GREENBERG TRAURIG, LLP

**PLEASE TAKE NOTICE** that on November 14, 2024 (the "Petition Date"), the above-captioned debtors and debtors in possession (together, the "Debtors") each filed chapter 11 petitions with the United States Bankruptcy Court for the Southern District of Texas (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on January 6, 2025, the Court approved the Debtors' retention of Greenberg Traurig, LLP ("Greenberg Traurig") as their counsel, effective as of the Petition Date, and entered the *Order Authorizing the Employment and Retention of Greenberg Traurig, LLP as Counsel to the Debtors as of the Petition Date* [Docket No. 176] (the "Greenberg Traurig Retention Order").[2]

**PLEASE TAKE FURTHER NOTICE** that Paragraph 4 of the Greenberg Traurig Retention Order provides in relevant part that "Greenberg Traurig shall provide ten-business-days' notice to the Debtors, the U.S. Trustee, and any official committee that may be appointed in these cases before any increases in the rates set forth in the Application are implemented and shall file such notice with the Court." (Greenberg Traurig Retention Order, ¶ 4).

**PLEASE TAKE FURTHER NOTICE** that in accordance with Paragraph 4 of the Greenberg Traurig Retention Order, Greenberg Traurig hereby provides notice that, effective January 1, 2025, Greenberg Traurig implemented firm-wide rate increases, and its standard hourly rates for lawyers and paraprofessionals for matters related to these cases are expected to be within the following ranges:

| | |
|---|---|
| Shareholder | $1,175 - $1,865 |
| Associates | $750 - $1,185 |
| Paraprofessionals | $150 - $560 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Spicey Partners Real Estate Holdings, LLC (6459) and Cosmed Group, Inc (8781). The location of the Debtors' service address is: 28 Narragansett Ave., Jamestown, RI 02835.

[2] Capitalized terms used herein but otherwise not defined shall have the same meaning as set forth in the Greenberg Traurig Retention Order.

Date: January 10, 2025

Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ David R. Eastlake
David R. Eastlake (Texas Bar No. 24074165)
Emily Nasir (Texas Bar No. 24118477)
1000 Louisiana St., Suite 6700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505
Emails: David.Eastlake@gtlaw.com
           Emily.Nasir@gtlaw.com

-and-

Nancy A. Peterman (admitted *pro hac vice*)
Danny Duerdoth (admitted *pro hac vice*)
Greenberg Traurig, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
Telephone:  (312) 456-8400
Facsimile:(312) 456-8435
Emails: PetermanN@gtlaw.com
           DuerdothD@gtlaw.com

-and-

Joseph P. Davis III (admitted *pro hac vice*)
Greenberg Traurig, LLP
One International Place, Suite 2000
Boston, Massachusetts 02110
Telephone: (617) 310-6204
Facsimile: (617) 279-8403
Email: Davisjo@gtlaw.com

*Counsel to the Debtors
and Debtors in Possession*

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 10, 2025, a true and correct copy of the foregoing document was served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                            */s/ David R. Eastlake*
                                            David R. Eastlake